IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC.<br>And JERRY MOSCOVITCH<br><br>   Plaintiffs,<br>   Counter-defendants,<br>   Cross-claimants,<br><br>vs.<br><br>ERGOTRON, INC., DELL INC.,<br>CDW CORPORATION, and<br>TECH DATA CORPORATION<br><br>   Defendants,<br>   Counterclaimants,<br><br>and<br><br>DELL MARKETING L.P.,<br><br>   Defendant,<br>   Counterclaimant | § § § § § § § § § § § § § § § § § § § § § § § | JUDGE: LED<br><br>Civil Action No. 02-06CV-272<br><br>JURY TRIAL DEMANDED |

## NOTICE OF PROPOSED TECHNICAL ADVISORS

Please take notice that, in compliance with the Docket Control Order dated November 6, 2006, and the Local Patent Rules, Plaintiffs, MASS Engineered Design, Inc. and Jerry Moscovitch (collectively "MASS"), advise the Court that the parties have not been able to reach an agreement as to any potential technical advisor.

On September 14, 2007, MASS provided the names and curriculum vitaes of three technical advisors. Today, for the first time, Defendants responded concerning MASS' proposed technical advisors, rejected all three nominees, and proposed three additional names. The parties are unable to reach an agreement as to any potential technical advisor.

DATED: September 20, 2007

Respectfully submitted,

By: /s/ Justin A. Nelson by permission SCC
Max L. Tribble, Jr. - Lead Attorney
State Bar No. 20213950
mtribble@susmangodfrey.com
Justin A. Nelson
State Bar No. 24034766
jnelson@susmangodfrey.com
Stephen F. Schlather
State Bar No. 24007993
sschlather@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Otis W. Carroll
State Bar No. 03895700
nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071

Franklin Jones, Jr.
State Bar No. 00000055
maizieh@millerfirm.com
JONES AND JONES, INC., P.C.
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360

Gregory L. Maag
State Bar No. 12748500
gmaag@conleyrose.com
Jonathan M. Harris
State Bar No. 00796713
jharris@conleyrose.com
CONLEY ROSE, P.C.
600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone: (713) 238-8000
Facsimile: (713) 238-8008

S. Calvin Capshaw
State Bar. No. 03783900
ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@mailbmc.com
BROWN McCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Parker, Bunt & Ainsworth, P.C.
100 E Ferguson Street, Ste. 1114
Tyler, TX, 75702
Telephone: 903-531-3535

**ATTORNEYS FOR MASS ENGINEERED DESIGN, INC. AND JERRY MOSCOVITCH**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was filed electronically in compliance with Local Rule CV-5(a)(3) and has been served this 20th day of September, 2007 on the counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw