IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., and JERRY MOSCOVITCH,<br><br>  Plaintiffs,<br>  Counter-defendants,<br><br>v.<br><br>ERGOTRON, INC., CDW CORPORATION, TECH DATA CORPORATION, and DELL INC,<br><br>  Defendants,<br>  Counterclaimants,<br><br>and<br><br>DELL MARKETING L.P.,<br><br>  Intervenor-Defendant and<br>  Counterclaimaint. | CASE NO.:  2-06CV-272 (LED)<br><br>JURY TRIAL DEMANDED |

## NOTICE REGARDING PROPOSED TECHNICAL ADVISORS

Defendants Dell Inc. and Dell Marketing L.P. (collectively "DELL") hereby file notice seeking to clarify Plaintiffs MASS Engineered Design, Inc. and Jerry Moscovitch's September 20, 2007 Notice of Proposed Technical Advisors.

As an initial matter, DELL suggests to the Court that because of the technology and claims at issue in this matter, a technical advisor is not necessary.  However, should the Court wish to appoint one, DELL identifies the following technical advisors for the Court's consideration and selection:

    Max Peterson
    Rich Egan
    Gale Peterson

Plaintiffs identified Danny Williams, Lou Brucculeri, and Michael McLemore as potential technical advisors.  Counsel for DELL, Wilson Sonsini Goodrich and Rosati, P.C. ("WSGR"), is currently opposing counsel to Danny Williams in *Constellation IP, LLC v. Allstate Corp., et al.*, Case No. 5:07-CV-00132(LED), before this Court.  Furthermore, WSGR has been adverse to Plaintiffs' other proposed technical advisors on at least one occasion and is likely to be adverse to them again, possibly before resolution of this litigation.  Each of DELL's proposed technical advisors, by contrast, are neither currently, nor likely to be, adverse to any of the parties or counsel in this matter.  Plaintiffs have yet to accept, reject or otherwise respond to DELL's proposed technical advisors.

-3-

Dated: September 26, 2007.       Respectfully submitted

                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

By: _____

M. CRAIG TYLER (Lead Attorney)
Texas State Bar No. 00794762
ctyler@wsgr.com
SCOTT T. MORRIS
Texas State Bar No. 24004829
smorris@wsgr.com
BRIAN A. DIETZEL
Texas State Bar No. 24040804
bdietzel@wsgr.com
WILSON SONSINI GOODRICH & ROSATI,
   Professional Corporation
8911 Capital of Texas Highway
Westech 360, Suite 3350
Austin, Texas 78759-7247
Telephone: 512.338.5400
Facsimile: 512.338.5499

Attorneys for Defendant and Counterclaimant Dell, Inc. and Dell Marketing, L.P.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 26th day of September, 2007, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

_____
M. Craig Tyler