**IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

MASS ENGINEERED DESIGN, INC.    §
And JERRY MOSCOVITCH    §
   §
      Plaintiffs, Counter-defendants    §
vs.    §    Civil Action No. 2:06-CV-00272
   §
ERGOTRON, INC., DELL, INC., and    §    Judge Leonard E. Davis
TECH DATA CORPORATION    §
   §    **JURY TRIAL DEMANDED**
      Defendants,    §
   §
and    §
   §
CDW CORPORATION    §
   §
      Defendant and Counterclaimant    §

## <u>ORDER</u>

On this day came on to be considered Ergotron's Motion for Leave to File Supplemental Affidavit in Support of its Motion to Compel Discovery and for an Order Concerning Plaintiff's Waiver of the Attorney-Client Privilege, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion for Leave to File Supplemental Affidavit in Support of its Motion to Compel Discovery and for an Order Concerning Plaintiff's Waiver of the Attorney-Client Privilege be granted and that Ergotron has been granted permission to file a supplemental affidavit in support of its Motion to Compel Discovery and for an Order Concerning Plaintiffs' Waiver of the Attorney-Client Privilege.

**So ORDERED and SIGNED this 28th day of January, 2008.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**