IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. And JERRY MOSCOVITCH | § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, Counter-defendants, Cross-claimants, | | |
| vs. | | JUDGE: LEONARD DAVIS |
| ERGOTRON, INC., DELL INC., CDW CORPORATION, and TECH DATA CORPORATION | | Civil Action No. 02-06CV-272 |
| | | JURY TRIAL DEMANDED |
| Defendants, Counterclaimants, and DELL MARKETING L.P., | | |
| Intervenor – Defendant, Counterclaimant | | |

## ORDER CONCERNING SCOPE OF PLAINTIFFS' WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE

This matter is before the Court on Defendant Ergotron's Motion to Compel Discovery and for an order concerning Plaintiff's waiver of the attorney-client privilege. Based on the written submissions of the parties and arguments of counsel and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Plaintiffs have waived the attorney-client privilege with respect to:

(a) communications between MASS and Attorney Waraksa taking place during the prosecution of the MASS '939 Patent and concerning (i) the description of the invention for which a patent was sought; (ii) the prior art known to Attorney Waraksa and MASS during that period, and (iii) the patent claim scope available to MASS based on that prior art; and

(b) communications between MASS and MASS' Reissue Attorneys taking place prior to

220630.02/2553.00100

the filing of Jerry Moscovitch's Reissue Declaration dated October 1, 1998 and concerning: (i) the prior art known to MASS' Reissue attorneys and MASS as of October 1, 1998, and (ii) the patent claim scope available to MASS based on that prior art. No other waiver has been shown to exist.

2. Consistent with Paragraph 1 above, for the following letters, Plaintiff MASS need only disclose those portions that either do not reveal a privileged communication, or that reveal a privileged communication, but one that falls within the waiver identified in Paragraph 1 above:

| Date | To | From |
|------|----|----|
| 12/17/98 | The Law Society of Upper Canada | Jerry Moscovitch |
| 06/03/99 | The Law Society of Upper Canada | Mirek Waraksa (Attorney) |
| 07/04/03 | Mirek Waraksa (Attorney) | Gowlings (Attorney) |
| 08/12/03 | Gowlings (Attorney) | Mirek Waraksa (Attorney) |

SO ORDERED AND SIGNED THIS _____ DAY OF _____, 2008.

_____
Honorable Leonard Davis
United States District Judge

220630.02/2553.00100