# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

### DATE: JANUARY 28, 2008

| JUDGE | COURT REPORTER |
|---|---|
| LEONARD DAVIS | SHEA SLOAN |

**LAW CLERKS:** Andrea Houston, Paul Dyson

| MASS ENGINEERED DESIGN, ET AL.<br><br>vs<br><br>ERGOTRON, INC., ET AL. | 2:06 CV 272<br>PATENT CASE<br><br>MOTION HEARING<br>DOCKET #162 - MOTION TO COMPEL |
|---|---|

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANT |
|---|---|
| Charlie Ainsworth (Parker Bunt)<br>Gregory Maag (Conley Rose) | Kurt Niederluecke   (Fredrikson & Byron)<br>Lora Friedemann   (Fredrikson & Bryon)<br>Brian Craft   (Ramey & Flock)<br>Jeff Whiting   (Wilson Sonsimi Goodrich & Rosati) |

On this day, came the parties by their attorneys and the following proceedings were had:

| **OPEN:** 1:33 PM | **ADJOURN:** 2:13 PM |
|---|---|

| TIME: | MINUTES: |
|---|---|
| 1:33 pm | Case called. Counsel as listed above announced ready for their respective clients. |
| 1:30 pm | Court invited the parties to proceed. |
| 1:34 pm | Ms. Friedemann presented issues relative to the Motion to Compel. Discussed waiver, privileged communication, and licensing issues. Discussed attorney negligence. |
| 1:39 pm | Court inquired as to the specifics of the scope of the waiver. |
| 1:30 pm | Ms. Friedemann responded, elaborating on restriction issues. |
| 1:42 pm | Court inquired as to what was said to the specific parties as to the privileged issues. |
| 1:42 pm | Ms. Friedemann responded. |
| 1:42 pm | Court asked specific questions as to representations made to the patent office. |

CASE NO. 2:06cv272   DATE: JANUARY 28, 2008
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: |
|---|---|
| 1:43 pm | Ms. Friedemann responded. |
| 1:43 pm | Court asked as to when specific conversations took place. |
| 1:43 pm | Ms. Friedemann responded after October 1, 1998. |
| 1:44 pm | Court inquired as to cut-off dates.  Ms. Friedemann responded. |
| 1:44 pm | Court responded.  Ms. Friedemann summed up. |
| 1:45 pm | Court inquired as to when depositions were scheduled.  Ms. Friedemann responded. |
| 1:45 pm | Court asked for rebuttal. |
| 1:46 pm | Mr. Maag discussed the waiver issues, patent office involvement and patent matters, introducing the ball joint issue. |
| 1:50 pm | Court inquired as to how the patent on the ball joint relates to the Law Society of Upper Canada.  Mr. Maag responded. |
| 1:52 pm | Court asked specific questions regarding correspondence that was sent and the scope of the waiver.  Mr. Maag responded. |
| 1:53 pm | Court inquired as to information provided to the patent and trademark office dealing with the scope of the claim and scope of the prior art.  Mr. Maag responded. |
| 1:53pm | Court inquired as to the temporal limitation used.  Mr. Maag responded. |
| 1:53 pm | Court requested information regarding new communications with the copyrighting attorney. |
| 1:54 pm | Mr. Maag responded |
| 1:54 pm | Court asked for discussion as to representations made in the declarations, patent office representations and re-issuance.  Mr. Maag responded. |
| 1:55 pm | Court discussed the issues of the claims made relating to the prior art.  Mr. Maag responded. |
| 1:56 pm | Court questioned reliance on the 10/1/08 letter in reconsideration matter.   Mr. Maag responded. |
| 1:57 pm | Court requested a reply from Defendant.  Ms. Friedemann responded. |
| 1:59 pm | Court discussed issues pertaining to copyright attorney communications, disclosures made to the patent office, prior art and matters pertaining to the later invention. |
| 1:59 pm | Ms. Friedemann responded, discussing inventorship issues. |
| 1:59 pm | Mr. Maag discussed issues pertaining to claims, prior art, and waivers. |
| 2:01 pm | Court requested Ms. Friedemann provide the information as to the new prior art? |
| 2:01 pm | Ms. Friedemann responded. |
| 2:01 pm | Court asked for discussion regarding a December 5, 2000 cut-off date. |

CASE NO. 2:06cv272     DATE: JANUARY 28, 2008
PAGE 3  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: |
|---|---|
| 2:02 pm | Ms. Friedemann responded that additional work was performed on the patent after that date and provided letters for the Court's review. |
| 2:03 pm | Court asked if the work performed had to do with the prior art.  Ms. Friedemann responded. |
| 2:04 pm | Court called attention back to the letters that were submitted. |
| 2:04 pm | Ms. Friedemann responded, discussing redacting practices relative to disclosure. |
| 2:05 pm | Court ask for unredacted copies of the materials to be submitted to the Court for sealed, in-camera review.  Mr. Maag responded. |
| 2:07 pm | Court inquired as to documentation provided that had not been redacted. Mr. Maag responded. |
| 2:07 pm | Court instructed that the documents be filed with the clerks office for the Court's review.  Ms. Friedemann was invited to continue. |
| 2:07 pm | Ms. Friedemann continued, discussing redacted and unredacted correspondence that was provided by opposing counsel. |
| 2:10 pm | Court asked for additional rebuttal.  Mr. Maag responded. |
| 2:11 pm | Court asked the parties about mediation of the case and encouraged the parties to put their best effort into their settlement proceedings. |
| 2:12 pm | Court adjourned. |