**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC. and JERRY MOSCOVITCH § § § | |
| Plaintiffs § | |
| § | CASE NO. 206 CV 272 |
| vs. § | PATENT CASE |
| § | |
| ERGOTRON, INC., DELL INC., CDW CORPORATION, and TECH DATA CORPORATION § § § § | |
| § | |
| Defendants § | |

**SUPPLEMENTAL MEMORANDUM OPINION AND ORDER**

The Court previously ruled on Ergotron's Motion to Compel Discovery and for an Order Concerning Plaintiff's Waiver of the Attorney-Client Privilege (Docket No. 162). *See* Memorandum Opinion and Order, Docket No. 270. In that opinion, the Court ordered MASS to produce four documents. The Court referenced MASS's exhibits to Docket No. 234, which was filed *ex parte*. As Defendants are unable to view the exhibit list to Docket No. 234, the Court issues this supplemental opinion to further identify the exhibits that it ordered MASS to produce.

| **Docket No. 234's Exhibits** | **Non-*ex parte* Exhibits** |
|---|---|
| Exhibit A | Exhibit 4 to Docket No. 162 |
| Exhibit B | Exhibit 6 to Docket No. 162 |
| Exhibit C | Exhibit 3 to Docket No. 239 |
| Exhibit D | Exhibit 4 to Docket No. 239 |

**So ORDERED and SIGNED this 20th day of March, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**