IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. and JERRY MOSCOVITCH | § § § | |
| Plaintiffs | § § | CASE NO. 206 CV 272 |
| vs. | § § | PATENT CASE |
| ERGOTRON, INC., DELL INC., CDW CORPORATION, and TECH DATA CORPORATION | § § § § § | |
| Defendants | § | |

## ORDER

Plaintiffs' Motion to Expedite (Docket No. 375) is before the Court. The Court **GRANTS** the motion in part and **ORDERS** Defendants' response to the motion to compel (Docket No. 374) is due by noon on August 18, 2008, Plaintiffs' reply is due by noon on August 20, 2008, and the motion to compel (Docket No. 374) is set for hearing on August 21, 2008, at 10:30 a.m. The Court further **ORDERS** by Tuesday, August 19, 2008, each party's lead trial counsel and local counsel shall meet and confer in person or by telephone in an effort to resolve the dispute without Court intervention. Counsel shall promptly notify the Court of the results of the meeting. Attendance by proxy is not permitted. Unless excused by the Court, lead counsel shall attend the discovery hearing set by the Court.

**So ORDERED and SIGNED this 12th day of August, 2008.**

---
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**