IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC. and JERRY MOSCOVITCH, <br><br> Plaintiffs, <br><br> v. <br><br> ERGOTRON, INC., DELL INC., CDW CORPORATION, and TECH DATA CORPORATION, <br><br> Defendants. | CASE NO. 206 cv 272 <br> PATENT CASE |

# ORDER

Plaintiffs and Ergotron filed a Joint Motion to Withdraw Hearing and Motion Without Prejudice. This motion is GRANTED.

**So ORDERED and SIGNED this 21st day of August, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

867110V1/009664