**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., | ) | |
| And JERRY MOSCOVITCH, | ) | CASE NO :  2-06CV-272 (LED) |
| | ) | |
| Plaintiffs, Counter-defendants, | ) | |
| Cross –claimants, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| ERGOTRON, DELL, CDW | ) | |
| CORPORATION, TECH DATA | ) | |
| CORPORATION, CSAV, INC., | ) | |
| BRETFORD MANUFACTURING, INC. | ) | |
| | ) | |
| Defendants, Counterclaimants, | ) | |
| | ) | |
| CDW CORPORATION, | ) | |
| | ) | |
| Counterclaimant and | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| A.B. DISTRIBUTING, INC. D&H | ) | |
| DISTRIBUTING COMPANY, EIZO | ) | |
| NANO TECHNOLOGIES INC., INGRAM | ) | |
| MICRO INC., INTERNATIONAL | ) | |
| AUDIO VISUAL INC., SYNNEX | ) | |
| CORPORATION, TECH DATA | ) | |
| CORPORATION, CSAV, INC., | ) | |
| GLOBAL MARKETING PARTNERS, | ) | |
| INC., SEA LAND, INC., PEERLESS | ) | |
| INDUSTRIES, INC., DOUBLESIGHT | ) | |
| DISPLAYS, LLC AND BRETFORD | ) | |
| MANUFACTURING, INC. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

_____

**ERGOTRON, TECH DATA AND CDW'S**
**DESIGNATION OF DEPOSITION TESTIMONY**

Defendants Ergotron, Inc., Tech Data Corporation, and CDW Corporation (collectively "Defendants") make the following disclosure of deposition designations in accordance with the Court's September 17, 2008 Docket Control Order.  Defendants reserve the right to supplement, amend or otherwise modify these designations based on circumstances as they may evolve prior to commencement of trial.

Defendants specifically exclude from these designations any objections made by counsel, and intend to designate only the questions and answers by the deponent.  Defendants reserve the right to counter-designate additional testimony from these and other deponents in response to the deposition designations of Plaintiffs and depending upon the availability of witnesses for trial.

## DEPOSITION OF MIREK A. WARAKSA

| FROM | THROUGH |
|------|---------|
| Page 5, line 1 | Page 5, line 4 |
| Page 5, line 11 | Page 5, line 25 |
| Page 8, line 12 | Page 8, line 18 |
| Page 12, line 24 | Page 13, line 2 |
| Page 13, line 11 | Page 13, line 14 |
| Page 17, line 4 | Page 17, line 6 |
| Page 17, Line 15 | Page 17, line 20 |
| Page 18, line 7 | Page 18, line 13 |
| Page 19, line 11 | Page 19, Line 23 |
| Page 20, line 19 | Page 20, line 23 |
| Page 22, line 20 | Page 23, line 8 |
| Page 27, line 18 | Page 27, line 22 |
| Page 28, line 7 | Page 28, line 10 |
| Page 28, line 23 | Page 29, line 8 |
| Page 29, line 13 | Page 30, line 1 |
| Page 30, line 2 | Page 30, line 19 |
| Page 32, line 9 | Page 32, line 23 |
| Page 33, line 9 | Page 33, line 23 |

Ergotron, Tech Data, and CDW's
              Deposition Designations

| **FROM** | **THROUGH** |
|---|---|
| Page 34, line 3 | Page 34, line 7 |
| Page 37, line 6 | Page 37, line 9 |
| Page 37, line 20 | Page 38, line 17 |
| Page 39, line 9 | Page 39, line 22 |
| Page 40, line 1 | Page 40, line 4 |
| Page 40, line 17 | Page 40, line 24 |
| Page 41, line 10 | Page 40, line 21 |
| Page 44, line 3 | Page 44, line 19 |
| Page 44, line 24 | Page 45, line 13 |
| Page 45, line 20 | Page 46, line 9 |
| Page 46, line 13 | Page 46, line 22 |
| Page 47, line 9 | Page 47, line 21 |
| Page 48, line 2 | Page 48, line 16 |
| Page 49, line 4 | Page 49, line 25 |
| Page 50, line 7 | Page 50, line 19 |
| Page 50, line 24 | Page 51, line 9 |
| Page 52, line 5 | Page 52, line 8 |
| Page 54, line 8 | Page 54, line 16; line 19 |
| Page 55, line 10 | Page 55, line 13 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 55, line 24 | Page 56, line 11 |
| Page 57, line 10 | Page 57, line 14 |
| Page 57, line 18 | Page 57, line 24 |
| Page 60, line 16 | Page 60, line 21 |
| Page 60, line 24 | Page 61, line 2 |
| Page 61, line 7 | Page 60, line 2w2 |
| Page 61, line 25 | Page 63, line 1 |
| Page 63, line 9 | Page 63, line 22; line 25 |
| Page 65, line 10 | Page 65, line 19 |
| Page 66, line 7 | Page 68, line 2 |
| Page 68, line 18 | Page 68, line 23 |
| Page 70, line 2 | Page 70, line 22 |
| Page 75, line 8 | Page 75, line 24 |
| Page 78, line 14 | Page 78, line 22 |
| Page 79, line 24 | Page 80, line 4 |
| Page 81, line 23 | Page 84, line 16 |
| Page 85, line 13 | Page 85, line 25 |
| Page 86, line 2 | Page 86, line 7 |
| Page 86, line 12 | Page 86, line 16 |

| FROM | THROUGH |
|---|---|
| Page 86, line 19 | Page 86, line 25 |
| Page 87, line 9 | Page 87, line 24 |
| Page 88, line 2 | |
| Page 88, line 5 | Page 88, line 8 |
| Page 88, line 11 | |
| Page 89, line 6 | Page 89, line 10 |
| Page 89, line 20 | Page 90, line 8 |
| Page 90, line 11 | Page 90, line 17 |
| Page 90, line 20 | |
| Page 91, line 9 | Page 91, line 11 |
| Page 91, line 13 | Page 91, line 25 |
| Page 92, line 2 | Page 92, line 5 |
| Page 92, line 11 | Page 92, line 16 |
| Page 92, line 21 | Page 92, line 22 |
| Page 92, line 24 | Page 92, line 25 |
| Page 93, line 11 | Page 93, line 15 |
| Page 93, line 22 | Page 93, line 25 |
| Page 94, line 3 | Page 94, line 4 |
| Page 95, line 3 | Page 95, line 11 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 95, line 14 | |
| Page 95, line 17 | |
| Page 95, line 19 | Page 95, line 22 |
| Page 99, line 6 | Page 99, line 18 |
| Page 99, line 21 | |
| Page 99, line 24 | Page 100, line 1 |
| Page 100, line 6 | Page 100, line 7 |
| Page 101, line 8 | Page 101, line 16 |
| Page 114, line 12 | Page 114, line 19 |
| Page 115, line 10 | Page 115, line 14 |
| Page 115, line 22 | Page 116, line 8 |
| Page 116, line 10 | |
| Page 136, line 16 | Page 136, line 19 |
| Page 192, line 5 | Page 193, line 8 |
| Page 193, line 13 | Page 193, line 19 |
| Page 194, line 25 | Page 196, line 1 |

Ergotron, Tech Data, and CDW's
Deposition Designations

## DEPOSITION OF MARK D. ELCHUK

| FROM | THROUGH |
| --- | --- |
| Page 5, line 15 | Page 5, line 17 |
| Page 6, line 9 | Page 6, line 17 |
| Page 8, line 20 | Page 8, line 22 |
| Page 9, line 25 | Page 10, line 9 |
| Page 11, line 2 | Page 11, line 6 |
| Page 11, line 10 | Page 11, line 14 |
| Page 12, line 6 | Page 12, line 13 |
| Page 25, line 25 | Page 26, line 15 |
| Page 26, line 23 | Page 27, line 5 |
| Page 28, line 2 | Page 28, line 15 |
| Page 29, line 14 | Page 30, line 2 |
| Page 30, line 5 | |
| Page 30, line 12 | Page 30, line 16 |
| Page 30, line 23 | Page 32, line 6 |
| Page 32, line 8 | Page 32, line 10 |
| Page 32, line 14 | Page 33, line 2 |
| Page 34, line 14 | Page 34, line 16 |
| Page 34, line 18 | |

Ergotron, Tech Data, and CDW's
                    Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 34, line 20 | Page 34, line 21 |
| Paged 34, line 23 | |
| Page 34, line 15 | Page 35, line 4 |
| Page 35, line 6 | |
| Page 35, line 8 | Page 35, line 11 |
| Page 35, line 13 | Page 35, line 14 |
| Page 35, line 16 | Page 35, line 18 |
| Page 35, line 20 | Page 36, line 3 |
| Page 36, line 5 | |
| Page 36, line 7 | |
| Page 36, line 9 | Page 36, line 17 |
| Page 36, line 19 | |
| Page 36, line 21 | Page 36, line 22 |
| Paged 36, line 24 | |
| Page 37, line 3 | Page 37, line 6 |
| Page 37, line 12 | Page 37, line 18 |
| Page 38, line 5 | Page 38, line 20 |
| Page 38, line 24 | Page 39, line 9 |
| Page 42, line 25 | Page 43, line 15 |

| FROM | THROUGH |
|---|---|
| Page 43, line 17 | Page 42, line 21 |
| Page 43, line 23 | Page 43, line 25 |
| Page 44, line 2 | Page 44, line 3 |
| Page 44, line 5 | Page 44, line 6 |
| Page 44, line 8 | |
| Page 44, line 10 | Page 44, line 12 |
| Page 44, line 14 | Page 44, line 18 |
| Page 45, line 1 | Page 45, line 6 |
| Page 46, line 13 | Page 46, line 20 |
| Page 46, line 22 | |
| Page 47, line 3 | Page 47, line 11 |
| Page 47, .line 13 | |
| Page 47, line 15 | Page 47, line 23 |
| Page 47, line 25 | Page 48, line 1 |
| Page 48, line 3 | Page 48, line 7 |
| Page 50, line 2 | Page 50, line 6 |
| Page 52, line 5 | Page 52, line 7 |
| Page 55, line 6 | Page 55, line 9 |
| Page 55, line 14 | Page 56, line 2 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 56, line 6 | Page 56, line 20 |
| Page 56, line 22 | |
| Page 57, line 25 | Page 58, line 3 |
| Page 59, line 1 | Page 59, line 25 |
| Page 60, line 6 | Page 60, line 20 |
| Page 73, line 6 | Page 73, line 8 |

Ergotron, Tech Data, and CDW's
Deposition Designations

## DEPOSITION OF SUSAN CALZONE

| FROM | THROUGH |
|------|---------|
| Page 9, line 8 | Page 9, line 18 |
| Page 12, line 5 | Page 12, line 23 |
| Page 13, line 21 | Page 13, line 22 |
| Page 13, line 24 | Page 14, line 9 |
| Page 16, line 25 | Page 17, line 13 |
| Page 18, line 2 | Page 18, line 19 |
| Page 19, line 13 | Page 19, line 15 |
| Page 19, line 17 | Page 19, line 22 |
| Page 21, line 4 | Page 21, line 6 |
| Page 21, line 8 | Page 21, line 17 |
| Page 23, line 2 | Page 23, line 3 |
| Page 23, line 5 | Page 23, line 15 |
| Page 23, line 17 | Page 23, line 20 |
| Page 26, line 5 | Page 26, line 7 |
| Page 26, line 9 | Page 27, line 12 |
| Page 27, line 14 | Page 27, line 24 |
| Page 28, line 2 | Page 28, line 4 |
| Page 29, line 6 | Page 29, line 18 |

Ergotron, Tech Data, and CDW's
          Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 29, line 20 | Page 30, line 7 |
| Page 30, line 9 | Page 30, line 13 |
| Page 30, line 15 | Page 31, line 9 |
| Page 31, line 11 | Page 31, line 15 |
| Page 39, line 17 | Page 39, line 18 |
| Page 39, 21 | Page 40, line 2 |
| Page 40, line 6 | Page 40, line 13 |
| Page 40, line 16 | Page 41, line 2 |
| Page 42, line 8 | Page 42, line 12 |
| Page 42, line 14 | Page 42, line 16 |
| Page 42, line 18 | Page 43, line 2 |
| Page 43, line 4 | Page 43, line 10 |
| Page 43, line 22 | Page 44, line 8 |
| Page 44, line 11 | Page 44, line 12 |
| Page 47, line 6 | Page 47, line 10 |
| Page 47, line 12 | Page 47, line 15 |
| Page 47, line 22 | Page 47, line 24 |
| Page 54, line 18 | Page 54, line 19 |
| Page 54, line 21 | Page 55, line 1 |

Ergotron, Tech Data, and CDW's
                    Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 55, line 3 | Page 55, line 6 |
| Page 55, line 8 | Page 55, line 11 |
| Page 56, line 21 | Page 56, line 23 |
| Page 56, line 25 | Page 57, line 15 |
| Page 57, line 18 | |
| Page 58, line 3 | Page 58, line 11 |
| Page 58, line 14 | Page 58, line 17 |
| Page 59, line 22 | Page 59, line 23 |
| Page 59, line 25 | Page 60, line 4 |
| Page 60, line 25 | Page 61, line 5 |
| Page 61, line 7 | Page 61, line 9 |
| Page 61, line 11 | Page 61, line 12 |
| Page 66, line 22 | Page 67, line 11 |
| Page 68, line 11 | Page 68, line 15 |
| Page 68, line 17 | Page 68, line 19 |
| Page 68, line 21 | Page 68, line 25 |
| Page 71, line 9 | Page 71, line 11 |
| Page 71, line 13 | Page 72, line 1 |
| Page 73, line 22 | Page 74, line 1 |

Ergotron, Tech Data, and CDW's
                                             Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 74, line 4 | Page 74, line 15 |
| Page 74, line 24 | Page 75, line 2 |
| Page 77, line 7 | Page 77, line 8 |
| Page 77, line 12 | Page 77, line 20 |
| Page 77, line 22 | Page 78, line 2 |
| Page 78, line 5 | Page 78, line 7 |
| Page 78, line 10 | Page 79, line 16 |
| Page 80, line 10 | Page 80, line 12 |
| Page 80, line 14 | |
| Page 81, line 2 | Page 81, line 4 |
| Page 81, line 6 | Page 81, line 18 |
| Page 81, line 22 | Page 82, line 25 |
| Page 82, line 3 | Page 82, line 8 |
| Page 82, line 11 | |
| Page 85, line 4 | Page 85, line 7 |
| Page 85, line 9 | Page 85, line 10 |
| Page 85, line 12 | |
| Page 89, line 1 | Page 89, line 5 |
| Page 89, Line 13 | Page 89, line 24 |

Ergotron, Tech Data, and CDW's
          Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 90, line 2 | |
| Page 90, line 7 | Page 90, line 12 |
| Page 90, line 19 | Page 91, line 2 |
| Page 91, line 4 | Page 91, line 6 |
| Page 91, line 9 | |
| Page 91, line 25 | Page 92, line 3 |
| Page 92, line 5 | |
| Page 92, line 10 | Page 92, line 13 |
| Page 93, line 1 | Page 93, line 9 |
| Page 93, line 16 | Page 93, line 23 |
| Page 93, line 25 | Page 94, line 6 |
| Page 95, line 13 | Page 95, line 15 |
| Page 95, line 17 | Page 95, line 23 |
| Page 97, line 15 | Page 97, line 20 |
| Page 99, line 10 | Page 99, line 17 |
| Page 99, line 20 | Page 100, line 7 |
| Page 101, line 15 | Page 101, line 25 |
| Page 102, line 3 | Page 102, line 16 |
| Page 105, line 11 | Page 105, line 12 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 105, line 15 | Page 106, line 15 |
| Page 107, line 21 | Page 108, line 7 |
| Page 108, line 13 | Page 108, line 20 |
| Page 108, line 23 | Page 109, line 2 |
| Page 109, line 4 | Page 109, line 22 |
| Page 113, line 15 | Page 113, line 16 |
| Page 113, line 19 | Page 113, line 21 |
| Page 113, line 24 | Page 114, line 2 |
| Page 114, line 4 | Page 114, line 11 |
| Page 118, line 25 | Page 119, line 12 |
| Page 119, line 14 | Page 119, line 22 |
| Page 119, line 24 | Page 120, line 13 |
| Page 120, line 16 | Page 120, line 17 |
| Paged 120, line 20 | Page 120, line 23 |
| Page 121, line 19 | Page 121, line 21 |
| Page 121, line, 23 | Page 122, line 4 |
| Page 122, line 7 | Page 122, line 18 |
| Page 123, line 19 | Page 12, line 20 |
| Page 123, line 23 | |

Ergotron, Tech Data, and CDW's
                        Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 126, line 3 | Page 126, line 11 |
| Page 127, line 2 | Page 128, line 8 |
| Page 128, line 16 | Page 129, line 2 |
| Page 129, line 4 | Page 129, line 8 |
| Page 129, line 10 | Page 129, line 12 |
| Page 129, line 14 | Page 129, line 21 |
| Page 129, line 24 | Page 130, line 9 |
| Page 130, 12 | |
| Page 136, line 17 | Page 136, line 19 |
| Page 136, line 22 | Page 137, line 9 |

Ergotron, Tech Data, and CDW's
Deposition Designations

## DEPOSITION OF EDWARD DUFFY

| FROM | THROUGH |
|---|---|
| Page 9, line 6 | Page 9, line 8 |
| Page 10, line 1 | Page 10, line 5 |
| Page 15, line 5 | Page 15, line 11 |
| Page 16, line 14 | Page 16, line 17 |
| Page 17, line 8 | Page 17, line 18 |
| Page 17, line 23 | Page 18, line 5 |
| Page 19, line 4 | Page 19, line 6 |
| Page 19, line 9 | Page 19, line 23 |
| Page 20, line 1 | Page 20, line 3 |
| Page 20, line 5 | Page 20, line 15 |
| Page 20, line 17 | |
| Page 21, line 6 | Page 21, line 7 |
| Page 21, line 9 | Page 21, line 22 |
| Page 21, line 25 | Page 22, line 3 |
| Page 22, line 7 | Page 22, line 20 |
| Page 22, line 23 | Page 22, line 24 |
| Page 23, line 1 | Page 23, line 3 |
| Page 23, line 6 | |

Ergotron, Tech Data, and CDW's
            Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 28, line 25 | Page 29, line 8 |
| Page 29, line 11 | Page 29, line 13 |
| Page 29, line 16 | Page 29, line 22 |
| Page 31, line 13 | Page 31, line 16 |
| Page 31, line 19 | |
| Page 32, line 9 | Page 32, line 14 |
| Page 32, line 16 | Page 32, line 18 |
| Page 32, line 21 | Page 33, line 2 |
| Page 33, line 4 | Page 33, line 5 |
| Page 33, line 8 | |
| Page 34, line 1 | Page 35, line 4 |
| Page 35, line 6 | Page 35, line 8 |
| Page 35, line 10 | |
| Page 36, line 5 | Page 36, line 6 |
| Page 36, line 9 | Page 37, line 12 |
| Page 37, line 16 | Page 38, 19 |
| Page 38, line 25 | Page 39, line 10 |
| Page 42, line 7 | Page 42, line 9 |
| Page 42, line 11 | Page 42, line 23 |

Ergotron, Tech Data, and CDW's
            Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 44, line 17 | Page 44, line 19 |
| Page 44, line 22 | Page 44, line 25 |
| Page 45, line 2 | Page 46, line 12 |
| Page 46, line 15 | Page 47, line 10 |
| Page 49, line 11 | Page 50, line 14 |
| Page 50, line 16 | Page 50, line 19 |
| Page 52, line 1 | Page 52, line 3 |
| Page 52, line 5 | |
| Page 52, line 14 | Page 52, line 15 |
| Page 52, line 17 | Page 52, line 18 |
| Page 52, line 21 | Page 53, line 16 |
| Pate 53, line 19 | Page 53, line 24 |
| Page 55, line 3 | Page 55, line 8 |
| Page 55, line 11 | Page 55, line 15 |
| Page 55, line 23 | Page 55, line 25 |
| Page 56, line 3 | Page 56, line 11 |
| Page 56, line 14 | Page 56, line 23 |
| Page 57, line 1 | |
| Page 58, line 1 | Page 58, line 3 |

Ergotron, Tech Data, and CDW's
                                        Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 58, line 6 | Page 58, line 19 |
| Page 58, line 22 | Page 58, line 23 |
| Page 59, line 1 | Page 59, line 4 |
| Page 59, line 6 | Page 59, line 17 |
| Page 59, line 19 | Page 60, line 1 |
| Page 60, line 13 | Page 61, line 7 |
| Page 70, line 24 | Page 71, line 19 |
| Page 73, line 17 | Page 73, line 20 |
| Page 73, line 23 | Page 74, line 9 |
| Page 94, line 23 | Page 94, line 25 |
| Page 95, line 4 | Page 95, line 24 |
| Page 104, line 22 | Page 104, line 25 |
| Page 105, line 5 | |
| Page 128, line 21 | Page 129, line 5 |
| Page 129, line 7 | Page 129, line 8 |
| Page 129, line 10 | Page 129, line 25 |

Ergotron, Tech Data, and CDW's
Deposition Designations

## DEPOSITION OF SEAN ROARTY

| FROM | THROUGH |
|---|---|
| Page 11, line 13 | Page 11, line 14 |
| Page 11, line 25 | Page 12, line 4 |
| Page 17, line 10 | Page 17, line 22 |
| Page 18, line 15 | Page 19, line 4 |
| Page 20, line 8 | Page 21, line 7 |
| Page 24, line 24 | Page 25, line 2 |
| Page 25, line 4 | Page 25, line 8 |
| Page 25, line 10 | |
| Page 26, line 13 | Page 27, line 1 |
| Page 27, line 3 | Page 27, line 5 |
| Page 27, line 7 | |
| Page 27, line 9 | Page 27, line 11 |
| Page 27, line 13 | Page 27, line 19 |
| Page 27, line 21 | Page 27, line 22 |
| Page 28, line 14 | Page 28, line 15 |
| Page 28, line 17 | Page 29, line 1 |
| Page 29, line 4 | |
| Page 29, line 19 | Page 29, line 21 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 29, line 24 | Page 30, line 1 |
| Page 30, line 3 | Page 30, line 7 |
| Page 30, line 9 | Page 30, line 12 |
| Page 30, line 14 | Page 30, line 17 |
| Page 31, line 12 | Page 31, line 19 |
| Page 33, line 9 | Page 33, line 10 |
| Page 33, line 12 | Page 33, line 17 |
| Page 33, line 19 | Page 33, line 21 |
| Page 35, line 25 | Page 36, line 2 |
| Page 36, line 5 | Page 36, line 8 |
| Page 36, line 11 | Page 36, line 14 |
| Page 37, line 9 | Page 37, line 20 |
| Paged 38, line 4 | Page 38, line 11 |
| Page 40, line 23 | Page 41, line 5 |
| Page 41, line 19 | Page 41, line 25 |
| Page 42, line 8 | Page 42, line 10 |
| Page 42, line 12 | Page 42, line 17 |
| Page 42, line 20 | Page 42, line 22 |
| Page 42, line 24 |  |

Ergotron, Tech Data, and CDW's
          Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 47, line 1 | Page 47, line 5 |
| Page 47, line 7 | Page 47, line 10 |
| Page 47, line 12 | |
| Page 48, line 6 | Page 48, line 10 |
| Page 48, line 12 | Page 48, line 16 |
| Page 49, line 20 | Page 50, line 14 |
| Page 50, line 17 | |
| Page 50, line 21 | Page 50, line 23 |
| Page 50, line 25 | Page 51, line 6 |
| Page 51, line 8 | Page 51, line 9 |
| Page 51, line 11 | Page 51, line 15 |
| Page 53, line 22 | Page 54, line 1 |
| Page 54, line 4 | Page 54, line 5 |
| Page 54, line 7 | Page 54, line 11 |
| Page 58, line 9 | Page 59, line 5 |
| Page 59, line 23 | Page 60, line 5 |
| Page 59, line 7 | Page 59, line 9 |
| Page 59, line 11 | |
| Page 60, line 8 | Page 60, line 9 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 60, line 11 | Page 60, line 21 |
| Page 61, line 10 | Page 61, line 12 |
| Page 61, line 14 | Page 61, line 18 |
| Page 76, line 4 | |
| Page 76, line 6 | Page 76, line 13 |
| Page 76, line 15 | Page 77, line 6 |
| Page 77, line 16 | Page 77, line 18 |
| Page 77, line 21 | |
| Page 78, line 20 | Page 78, line 24 |
| Page 79, line 6 | Page 79, line 8 |
| Page 79, line 14 | Page 79, line 21 |
| Page 79, line 23 | Page 80, line 3 |
| Page 80, line 6 | Page 80, line 8 |
| Page 80, line 10 | Page 80, line 17 |
| Page 81, line 8 | Page 82, line 9 |
| Page 82, line 11 | Page 82, line 12 |
| Page 82, line 21 | Page 83, line 7 |
| Page 84, line 3 | Page 84, line 6 |
| Page 84, line 8 | Page 84, line 11 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 84, line 14 | |
| Page 84, line 19 | Page 86, line 8 |
| Page 86, line 12 | Page 87, line 1 |
| Page 88, line 1 | Page 88, line 2 |
| Page 88, line 4 | Page 88, line 16 |
| Page 88, line 19 | Page 89, line 8 |
| Page 89, line 21 | Page 89, line 24 |
| Page 90, line 1 | Page 90, line 4 |
| Page 92, line 13 | Page 93, line 11 |
| Page 93, line 13 | Page 93, line 15 |
| Page 93, line 17 | Page 93, line 21 |
| Page 93, line 24 | Page 94, line 5 |
| Page 94, line 12 | Page 94, line 16 |
| Page 95, line 11 | Page 95, line 16 |
| Page 96, line 4 | Page 96, line 19 |
| Page 96, line 21 | Page 96, line 24 |
| Page 97, line 1 | Page 97, line 4 |
| Page 98, line 2 | Page 98, line 8 |
| Page 98, line 12 | Page 98, line 20 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 99, line 6 | Page 99, line 9 |
| Page 101, line 10 | Page 102, line 1 |
| Page 102, line 3 | Page 102, line 5 |
| Page 102, line 8 | Page 102, line 12 |
| Page 103, line 23 | Page 103, line 25 |
| Page 104, line 3 | Page 104, line 9 |
| Page 104, line 12 | Page 104, line 15 |
| Page 104, line 18 | Page 104, line 22 |
| Page 104, line 24 | Page 104, line 25 |
| Page 106, line 18 | Page 106, line 24 |
| Page 107, line 6 | Page 107, line 7 |
| Page 107, line 9 | Page 107, line 11 |
| Page 107, line 13 | Page 107, line 16 |
| Page 107, line 18 | Page 108, line 9 |
| Page 108, line 12 | Page 108, line 14 |
| Page 108, line 16 | |
| Page 109, line 3 | Page 109, line 8 |
| Page 110, line 9 | Page 110, line 10 |
| Page 110, line 13 | Page 110, line 19 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 110, line 22 | |
| Page 111, line 5 | Page 111, line 11 |
| Page 113, line 2 | Page 113, 17 |
| Page 114, line 4 | Page 114, line 8 |
| Page 114, line 12 | Page 115, line 13 |
| Page 116, line 8 | Page 116, line 10 |
| Page 117, line 2 | Page 117, line 11 |
| Page 122, line 7 | Page 122, line 12 |
| Page 122, line 25 | Page 123, line 10 |
| Page 123, line 13 | Page 123, line 13 |
| Page 125, line 12 | Page 125, line 15 |
| Page 125, line 18 | Page 125, line 21 |
| Page 128, line 13 | Page 131, line 7 |
| Page 132, line 18 | Page 132, line 19 |
| Page 132, line 25 | Page 133, line 7 |
| Page 133, line 10 | |
| Page 133, line 25 | Page 134, line 10 |
| Page 134, line 13 | Page 135, line 1 |
| Page 135, line 15 | Page 137, line 8 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 138, line 17 | Page 138, line 20 |
| Page 139, line 9 | Page 139, line 10 |
| Page 139, line 12 | Page 139, line 21 |
| Page 139, line 25 | Page 140, line 2 |
| Page 140, line 5 | Page 140, line 10 |
| Page 157, line 21 | Page 158, line 2 |
| Page 158, line 11 | Page 159, line 2 |
| Page 160, line 20 | Page 161, line 2 |
| Page 177, line 4 | Page 177, line 10 |
| Page 177, line 13 | |
| Page 216, line 12 | Page 216, line 14 |
| Page 216, line 17 | Page 217, line 10 |
| Page 217, line 13 | |
| Page 221, line 12 | Page 221, line 15 |
| Page 222, line 2 | Page 222, line 3 |
| Page 222, line 6 | Page 222, line 9 |
| Page 222, line 11 | Page 222, line 13 |
| Page 223, line 25 | Page 224, line 5 |
| Page 224, line 20 | Page 224, line 23 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 225, line 1 | Page 225, line 13 |

Ergotron, Tech Data, and CDW's
                                                            Deposition Designations

**DEPOSITION OF ALAN TAMESHTIT; 1/18/08**

| FROM | THROUGH |
|------|---------|
| Page 7, line 5 | Page 7, line 15 |
| Page 12, line 18 | Page 13, line 19 |
| Page 16, line 10 | Page 16, line 19 |
| Page 18, line 7 | Page 18, line 12 |
| Page 21, line 13 | Page 21, line 18 |
| Page 22, line 6 | Page 23, line 22 |
| Page 24, line 5 | Page 24, line 11 |
| Page 24, line 18 | Page 24, line 23 |
| Page 24, line 25 | Page 25, line 12 |
| Page 31, line 10 | Page 31, line 17 |
| Page 31, line 19 |  |
| Page 33, line 7 | Page 33, line 20 |
| Page 33, line 22 | Page 33, line 11 |
| Page 34, line 22 | Page 35, line 2 |
| Page 35, line 11 | Page 35, line 12 |
| Page 35, line 14 | Page 35, line 24 |
| Page 36, line 1 | Page 36, line 2 |
| Page 36, line 4 | Page 36, line 13 |

| FROM | THROUGH |
|---|---|
| Page 36, line 15 | Page 36, line 19 |
| Page 36, line 21 | |
| Page 44, line 21 | Page 44, line 23 |
| Page 44, line 25 | |
| Page 45, line 13 | Page 46, line 2 |
| Page 46, line 4 | Page 46, line 11 |
| Page 46, line 13 | Page 46, line 23 |
| Page 46, line 25 | Page 47, line 18 |
| Page 52, line 13 | Page 52, line 21 |
| Page 53, line 9 | Page 54, line 7 |
| Page 54, line 9 | Page 54, line 18 |
| Page 54, line 25 | Page 55, line 16 |
| Page 55, line 18 | Page 55, line 22 |
| Page 55, line 24 | Page 56, line 5 |
| Page 56, line 7 | Page 56, line 22 |
| Page 58, line 14 | Page 58, line 15 |
| Page 58, line 17 | Page 58, line 25 |
| Page 59, line 2 | Page 59, line 17 |
| Page 64, line 24 | Page 65, line 1 |

Ergotron, Tech Data, and CDW's
                    Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 65, line 3 | Page 65, line 4 |
| Page 70, line 9 | Page 70, line 13 |
| Page 79, line 15 | Page 70, line 18 |
| Page 70, line 20 | Page 71, line 12 |
| Page 71, line 14 | Page 71, line 19 |
| Page 72, line 7 | Page 72, line 12 |
| Page 72, line 14 | Page 72, line 18 |
| Page 84, line 3 | Page 85, line 3 |
| Page 85, line 17 | Page 85, line 25 |
| Page 86, line 19 | Page 86, line 21 |
| Page 90, line 6 | Page 91, line 10 |
| Page 94, line 17 | Page 94, line 21 |
| Page 94, line 23 | Page 95, line 5 |
| Page 95, line 8 | |
| Page 95, line 12 | Page 95, line 19 |
| Page 95, line 21 | Page 96, line 9 |
| Page 96, line 11 | Page 96, line 20 |
| Page 96, line 22 | Page 97, line 3 |
| Page 97, line 5 | Page 97, line 8 |

Ergotron, Tech Data, and CDW's
                     Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 98, line 7 | Page 98, line 24 |
| Page 99, line 6 | Page 99, line 10 |
| Page 99, line 12 | Page 99, line 20 |
| Page 99, line 22 | Page 99, line 25 |
| Page 100, line 2 | Page 100, line 3 |
| Page 100, line 21 | Page 100, line 25 |
| Page 101, line 11 | Page 101, line 25 |
| Page 102, line 2 | Page 102, line 10 |
| Page 102, line 12 | Page 102, line 21 |
| Page 103, line 22 | Page 104, line 23 |
| Page 104, line 25 | Page 105, line 16 |
| Page 105, line 18 | Page 106, line 2 |
| Page 106, line 4 | |
| Page 106, line 18 | Page 106, line 25 |
| Page 107, line 25 | Page 108, line 4 |
| Page 108, line 6 | Page 108, line 16 |
| Page 108, line 18 | Page 108, line 22 |
| Page 111, line 12 | Page 111, line 16 |
| Page 111, line 24 | Page 112, line 4 |

Ergotron, Tech Data, and CDW's
          Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 112, line 6 | Page 112, line 13 |
| Page 112, line 15 | Page 112, line 18 |
| Page 113, line 13 | Page 113, line 18 |
| Page 113, line 20 | Page 113, line 23 |
| Page 120, line 2 | Page 120, line 3 |
| Page 120, line 5 | Page 120, line 13 |
| Page 120, line 15 | Page 120, line 20 |
| Page 120, line 22 | Page 120, line 25 |
| Page 121, line 4 | Page 121, line 15 |
| Page 121, line 17 | Page 121, line 21 |
| Page 121, line 23 | Page 122, line 1 |
| Page 122, line 3 | Page 122, line 5 |
| Page 124, line 9 | Page 125, line 1 |
| Page 126, line 4 | Page 126, line 6 |

Ergotron, Tech Data, and CDW's
Deposition Designations

## DEPOSITION OF ALAN TAMESHTIT; 8/27/08

| FROM | THROUGH |
|------|---------|
| Page 7, line 5 | Page 7, line 7 |
| Page 8, line 4 | Page 8, line 8 |
| Page 62, line 14 | Page 62, line 24 |
| Page 63, line 17 | Page 63, line 24 |
| Page 64, line 1 | Page 64, line 23 |
| Page 64, line 25 | Page 65, line 3 |
| Page 65, line 5 | Page 65, line 22 |
| Page 66, line 21 | Page 67, line 9 |
| Page 68, line 22 | Page 70, line 7 |
| Page 70, line 9 | Page 70, line 16 |
| Page 72, line 5 | Page 73, line 17 |
| Page 76, line 7 | Page 77, line 6 |
| Page 77, line 12 | Page 77, line 16 |
| Page 77, line 23 | Page 77, line 25 |
| Page 78, line 7 | Page 78, line 12 |
| Page 79, line 25 | Page 80, line 22 |
| Page 80, line 24 | Page 80, line 25 |
| Page 81, line 6 | Page 81, line 18 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 81, line 20 | Page 81, line 24 |
| Page 82, line 11 | Page 82, line 18 |
| Page 83, line 12 | Page 84, line 4 |
| Page 95, line 6 | Page 96, line 5 |
| Page 106, line 1 | Page 106, line 25 |
| Page 109, line 14 | Page 109, line 23 |
| Page 110, line 11 | Page 111, line 4 |

Ergotron, Tech Data, and CDW's
                                 Deposition Designations

**DEPOSITION OF RAYMOND WILK**

| FROM | THROUGH |
|------|---------|
| Page 8, line 22 | Page 8, line 23 |
| Page 11, line 2 | Page 11, line 5 |
| Page 13, line 22 | Page 14, line 4 |
| Page 22, line 8 | Page 22, line 9 |
| Page 22, line 11 | |
| Page 25, line 10 | Page 26, line 14 |
| Page 27, line 3 | Page 27, line 7 |
| Page 28, line 8 | Page 28, line 14 |
| Page 28, line 21 | Page 28, line 24 |
| Page 31, line 7 | Page 31, line 11 |
| Page 32, line 11 | Page 32, line 21 |
| Page 32, line 25 | Page 33, line 5 |
| Page 33, line 12 | Page 33, line 14 |
| Page 35, line 4 | Page 35, line 10 |
| Page 36, line 7 | Page 37, line 12 |
| Page 36, line 19 | Page 37, line 20 |
| Page 36, line 22 | Page 36, line 23 |
| Page 37, line 24 | Page 38, line 7 |

Ergotron, Tech Data, and CDW's
                                  Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 43, line 15 | Page 43, line 21 |
| Page 48, line 11 | Page 48, line 21 |
| Page 48, line 23 | Page 49, line 1 |
| Page 49, line 4 | Page 49, line 7 |
| Page 49, line 10 | Page 49, line 14 |
| Page 49, line 20 | Page 50, line 2 |
| Page 51, line 7 | Page 51, line 11 |
| Pate 51, line 13 | Page 52, line 12 |
| Page 54, line 19 | Page 54, line 23 |
| Page 56, line 2 | Page 56, line 5 |
| Page 56, line 22 | Page 57, line 7 |
| Page 58, line 11 | Page 58, line 20 |
| Page 58, line 22 | Page 59, line 5 |
| Page 59, line 16 | Page 59, line 23 |
| Page 59, line 25 | Page 60, line 3 |
| Page 61, line 19 | Page 61, line 21 |
| Page 61, line 23 | Page 62, line 3 |
| Page 64, line 14 | Page 64, line 22 |
| Page 64, line 24 | Page 65, line 2 |

Ergotron, Tech Data, and CDW's
                    Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 69, line 2 | Page 69, line 19 |
| Page 73, line 6 | Page 73, line 19 |
| Page 84, line 4 | Page 84, line 13 |
| Page 86, line 14 | Page 87, line 13 |
| Page 90, line 10 | Page 91, line 2 |
| Page 91, line 8 | Page 92, line 14 |
| Page 92, line 16 | Page 93, line 18 |
| Page 93, line 20 |  |
| Page 93, line 22 | Page 93, line 25 |
| Page 94, line 6 | Page 94, line 23 |
| Page 94, line 25 | Page 95, line 7 |
| Page 115, line 12 | Page 115, line 14 |
| Page 117, line 15 | Page 117, line 25 |
| Page 118, line 7 | Page 119, line 11 |
| Page 122, line 2 | Page 122, line 3 |
| Page 122, line 5 | Page 122, line 10 |
| Page 122, line 12 | Page 122, line 19 |
| Page 123, line 8 | Page 123, line 10 |
| Page 123, line 13 | Page 123, line 19 |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 123, line 25 | Page 124, line 2 |
| Page 126, line 5 | Page 126, line 11 |
| Page 126, line 16 | Page 126, line 18 |
| Page 126, line 23 | Page 126, line 25 |
| Page 127, line 12 | Page 127, line 15 |
| Page 128, line 24 | Page 129, line 10 |
| Page 129, line 19 | Page 129, line 24 |
| Page 130, line 1 | Page 130, line 6 |
| Page 130, line 8 | Page 130, line 15 |
| Page 130, line 20 | Page 131, line 3 |
| Page 131, line 5 | Page 131, line 11 |
| Page 136, line 6 | Page 136, line 16 |
| Page 136, line 18 | |
| Page 137, line 15 | Page 138, line 9 |
| Page 138, line 11 | Page 138, line 20 |
| Page 140, line 2 | Page 140, line 14 |
| Page 140, line 16 | |
| Page 141, line 1 | Page 142, line 6 |
| Page 141, line 8 | |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 141, line 14 | Page 141, line 16 |
| Page 141, line 18 | Page 142, line 4 |
| Page 142, line 6 | Page 142, line 7 |
| Page 142, line 8 | Page 142, line 16 |
| Page 145, line 06 | Page 145, line 12 |
| Page 145, line 17 | Page 145, line 24 |
| Page 146, line 2 | Page 146, line 14 |
| Page 146, line 21 | Page 147, line 1 |
| Page 147, line 15 | Page 147, line 18 |
| Page 147, line 20 | Page 148, line 1 |
| Page 148, line 8 | Page 148, line 23 |
| Page 149, line 2 | Page 150, line 9 |
| Page 150, line 14 | Page 150, line 18 |
| Page 153, line 6 | Page 153, line 17 |
| Page 153, line 19 | Page 154, line 5 |
| Page 155, line 7 | Page 155, line 16 |
| Page 157, line 8 | Page 157, line 13 |
| Page 162, line 9 | Page 162, line 10 |
| Page 162, line 12 | |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 162, line 21 | Page 162, line 25 |
| Page 163, line 2 | Page 163, line 5 |
| Page 163, line 7 | Page 163, line 16 |
| Page 163, line 18 | |
| Page 168, line 10 | Page 168, line 19 |
| Page 169, line 3 | Page 169, line 8 |
| Page 169, line 10 | Page 169, line 14 |
| Page 169, line 19 | Page 169, line 22 |
| Page 170, line 12 | Page 170, line 25 |
| Page 171, line 15 | Page 171, line 22 |
| Page 172, line 17 | Page 173, line 24 |
| Page 174, line 24 | Page 175, line 9 |
| Page 175, line 11 | Page 175, line 15 |
| Page 175, line 17 | |
| Page 176, line 3 | Page 176, line 8 |
| Page 177, line 8 | Page 177, line 18 |
| Page 178, line 05 | Page 178, line 9 |
| Page 178, line 18 | Page 179, line 7 |
| Page 179, line 9 | |

Ergotron, Tech Data, and CDW's
Deposition Designations

| FROM | THROUGH |
|---|---|
| Page 181, line 4 | Page 181, line 12 |
| Page 181, line 24 | Page 182, line 17 |
| Page 182, line 20 | Page 182, line 16 |
| Page 184, line 9 | Page 184, line 22 |
| Page 184, line 24 | Page 185, line 5 |
| Page 185, line 7 | Page 185, line 13 |
| Page 185, line 15 | Page 186, line 21 |
| Page 186, line 23 | Page 187, line 7 |
| Page 187, line 23 | Page 188, line 7 |
| Page 188, line 18 | Page 189, line 3 |
| Page 190, line 9 | Page 190, line 16 |
| Page 191, line 22 | Page 191, line 25 |
| Page 192, line 21 | Page 192, line 22 |
| Page 192, line 25 | Page 193, line 3 |
| Page 193, line 19 | Page 193, line 24 |
| Page 194, line 1 | Page 194, line 2 |
| Page 198, line 1 | Page 198, line 4 |
| Page 198, line 13 | Page 198, line 20 |
| Page 200, line 1 | Page 200, line 12 |

| FROM | THROUGH |
|------|---------|
| Page 201, line 14 | Page 202, line 6 |
| Page 203, line 1 | Page 203, line 3 |
| Page 203, line 5 | |
| Page 203, line 15 | Page 203, line 20 |
| Page 209, line 13 | Page 209, line 18 |
| Page 211, line 17 | Page 211, line 23 |
| Page 214, line 18 | Page 215, line 6 |
| Page 217, line 9 | Page 217, line 19 |
| Page 219, line 15 | Page 219, line 25 |
| Page 220, line 13 | Page 220, line 15 |
| Page 220, line 21 | Page 220, line 23 |
| Page 221, line 7 | Page 221, line 9 |
| Page 221, line 25 | Page 222, line 7 |
| Page 223, line 23 | Page 223, line 1 |
| Page 224, line 7 | Page 224, line 11 |
| Page 224, line 18 | Page 225, line 4 |
| Page 225, line 11 | Page 225, line 15 |
| Page 225, line 17 | Page 225, line 19 |
| Page 228, line 4 | Page 228, line 15 |

Ergotron, Tech Data, and CDW's
          Deposition Designations

| FROM | THROUGH |
|------|---------|
| Page 232, line 06 | Page 233, line 6 |
| Page 233, line 2 | Page 233, line 6 |
| Page 233, line 16 | Page 233, line 21 |
| Page 234, line 7 | Page 234, line 8 |
| Page 234, line 15 | Page 235, line 6 |
| Page 235, line 13 | Page 236, line 10 |
| Page 236, line 16 | Page 236, line 23 |
| Page 236, line 25 | Page 237, line 1 |
| Page 243, line 17 | Page 244, line 6 |
| Page 244, line 8 | |
| Page 244, line 10 | |

Dated:  September 29, 2008

Respectfully submitted,

**ERGOTRON, INC., CDW CORPORATION, and TECH DATA CORPORATION**

By:  /s/ Kurt J. Niederluecke

Eric H. Findlay
State Bar No. 00789886
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: 903/597-3301
Facsimimle: 903/597-2413
E-mail: efindlay@rameyflock.com

Ergotron, Tech Data, and CDW's
Deposition Designations

Lora Mitchell Friedemann
Kurt J. Niederluecke (lead counsel)
Matthew J.S. Graham
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Ste 4000
Minneapolis, MN 55402-1425
612.492.7000 (telephone)
612.492.7077 (facsimile)

ATTORNEY FOR DEFENDANT ERGOTRON, INC.,
CDW CORPORATION, AND TECH DATA
CORPORATION

Ergotron, Tech Data, and CDW's
Deposition Designations

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R Civ P 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 29th day of September, 2008.

  /s/ Kurt J. Niederluecke
Kurt J. Niederluecke

4437339_1.DOC

Ergotron, Tech Data, and CDW's
                                    Deposition Designations