IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. And JERRY MOSCOVITCH | § § § | |
| Plaintiffs, Counter-defendants, Cross-claimants | § § § § | JUDGE: LED Civil Action No. 02-06CV-272 |
| vs. | § § § | JURY TRIAL DEMANDED |
| ERGOTRON, INC., DELL INC., DELL MARKETING L.P., and TECH DATA CORPORATION | § § § § | |
| Defendants, Counterclaimants, | § § § | |
| and | § § | |
| CDW CORPORATION, | § § | |
| Counterclaimant and Third-Party Plaintiff | § § § | |
| and | § § | |
| A.B. DISTRIBUTING, INC., D&H DISTRIBUTING COMPANY, EIZO NANO TECHNOLOGIES INC., INGRAM MICRO INC., INTERNATIONAL AUDIO VISUAL INC., SYNNEX CORPORATION, TECH DATA CORPORATION, CSAV, INC., GLOBAL MARKETING PARTNERS, INC., SEA LAND, INC., PEERLESS INDUSTRIES, INC., DOUBLESIGHT DISPLAYS, LLC, AND BRETFORD MANUFACTURING, INC. | § § § § § § § § § § § § | |
| Third-Party Defendants, | § § § | |

**PLAINTIFFS' OBJECTIONS TO DESIGNATION OF
DEPOSITION TESTIMONY AND COUNTER-DESIGNATIONS**

Plaintiffs Mass Engineering Design, Inc. and Jerry Moscovitch ("Plaintiffs") hereby

make the following disclosure of their deposition objections to defendants' depositions

designations and counter-designations in accordance with the Court's September 17, 2008

Docket Control Order.  Plaintiffs expressly reserve the right to supplement, amend, or otherwise

modify these designations based on circumstances as they may evolve prior to the commencement of trial.

### GENERAL OBJECTIONS AND COMMENTS:

Plaintiffs object to all testimony designated by Defendants that is directed at issues regarding inequitable conduct, equitable estoppel, laches, or other equitable issue, including but not limited to testimony related to intent to deceive the PTO, Jerry Moscovitch's or Mass's alleged knowledge of prior art or pre-critical date sales, uses, or publications, intent to claim narrowly in the original patent application, and anything related to deceptive reissue.  Plaintiffs object to this testimony being presented to the jury on relevance grounds and on a Rule 403 basis.

Plaintiffs object to testimony that is privileged and has not been waived, including but not limited to the testimony of Plaintiffs' former attorneys Mirek Warek and Mark Elchuk.

Plaintiffs object to testimony by Susan Calzone, Ed Duffy, and Sean Roarty as to any Bloomberg employee's alleged invention of the patent or misnaming of inventors on the '978 patent.

Plaintiffs reserve the right to object to any testimony that is excluded based upon a motion in limine or motion to strike.

Plaintiffs have not re-designated as counterdesignations testimony that was designated in their original deposition designations.  Plaintiffs reserve the right to use any previously-designated testimony as a counterdesignation.

Plaintiffs do not waive any other objection and reserves the right for further objections at trial.

<table>
<tr><td colspan="5"><b>DEPOSITION EXCERPT OBJECTIONS AND<br>COUNTER-DESIGNATIONSFROM<br>DEPOSITION TESTIMONY OF SUSAN CALZONE<br>Date of Deposition: May 8, 2008</b></td></tr>
</table>

| From | | To | | Objection |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 16 | 8 | 16 | 10 | Leading |
| 18 | 6 "And | 18 | 19 | Hearsay |
| 19 | 23 | 20 | 1 | Foundation; Hearsay Form (vague – "Bloomberg flat panel" and assumes involvement) |
| 20 | 2 | 21 | 3 | Foundation; Hearsay Form (vague – "Bloomberg flat panel" and assumes involvement); Relevance; 403 |
| 21 | 4 | 21 | 17 | Foundation; Form (assumes her involvement) |
| 21 | 22 | 22 | 22 | Foundation; Relevance; 403 |
| 23 | 2 | 23 | 13 | Relevance; 403 |
| 25 | 21 | 26 | 18 | Form (vague – "initial designation" and assumes facts not in evidence) |
| 27 | 8 | 27 | 16 | Relevance; 403; Foundation (vague – "initial designation of Bloomberg 2") |
| 27 | 17 | 27 | 22 | Relevance; 403 |
| 27 | 23 | 28 | 22 | Relevance 403; Leading |
| 29 | 3 | 30 | 5 | Relevance; 403 |
| 30 | 6 | 30 | 11 | Relevance; 403; 602 |
| 30 | 12 | 30 | 15 | Relevance; 403 |
| 31 | 5 | 31 | 15 | Relevance; 403 |
| 31 | 24 | 33 | 3 | Relevance; 403 |
| **34** | **9** | **34** | **17** | **Counter-Designation; Reading** |
| **36** | **5** | **36** | **8** | **Counter-Designation; completeness** |
| 36 | 18 | 37 | 4 | 602; Foundation |
| 37 | 5 | 38 | 1 | Leading |
| 39 | 17 | 39 | 21 | Leading |
| 42 | 25 | 43 | 10 | Relevance; 403 |
| 43 | 20 | 43 | 20 | Incomplete; no question |
| 44 | 6 | 44 | 12 | Leading; Relevance; 403 |
| 48 | 21 | 49 | 14 | 602 |

| | | | | |
|---|---|---|---|---|
| 49 | 15 | 50 | 11 | Leading; 602; Form (speculation) |
| 52 | 2 | 52 | 24 | 602; leading |
| 52 | 25 | 53 | 15 | 602; leading |
| 54 | 5 | 58 | 1 | 602; Form (speculation) |
| **58** | **18** | **59** | **2** | **Counter-Designation** |
| 59 | 22 | 59 | 25 | Form (misleading evidence as to "Bloomberg manufactured" |
| 60 | 25 | 61 | 12 | 602; Form (speculation) |
| 61 | 19 | 61 | 25 | Form (speculation) |
| 62 | 1 | 62 | 18 | Non-responsive |
| 62 | 21 | 63 | 10 | 602 Form (speculation); leading |
| 63 | 15 | 63 | 24 | 602; Form (speculation); non-responsive |
| 64 | 1 | 64 | 5 | 602; Form (speculation); non-responsive |
| 64 | 6 | 65 | 1 | 602; Form (speculation) |
| 66 | 13 | 66 | 21 | 602; Leading |
| 67 | 20 | 68 | 9 | 602; Form (speculation) |
| 68 | 18 | 68 | 25 | 602; Form (speculation) |
| 69 | 1 | 69 | 10 | Form (asked and answered) |
| 69 | 25 | 70 | 4 | 602 |
| 70 | 22 | 71 | 8 | 602; Form (speculation) |
| 71 | 21 | 72 | 12 | Leading |
| 73 | 3 | 73 | 13 | Leading |
| **76** | **4** | **76** | **9** | **Counter-Designation** |
| 76 | 10 | 76 | 21 | Leading; 602 |
| 76 | 25 | 77 | 6 | Leading |
| 77 | 7 | 77 | 18 | 602; Form (speculation) |
| 78 | 5 "Also | 78 | 7 | Non-Responsive |
| 79 | 18 | 79 | 23 | Leading |
| 79 | 24 | 70 | 8 | IEC |
| 80 | 9 | 80 | 14 | IEC; 602; Form (speculation) |
| 81 | 16 | 81 | 21 | Leading |
| 81 | 22 | 82 | 11 | Leading; IEC |
| 82 | 12 | 83 | 1 | Leading |
| 83 | 3 | 85 | 12 | 602; Form (speculation) |
| 86 | 11 | 86 | 15 | Leading |
| 86 | 25 | 87 | 8 | Leading |
| 89 | 22 | 90 | 2 | Leading |
| 91 | 4 | 91 | 9 | Leading |
| 91 | 20 | 91 | 24 | Leading |
| 94 | 14 | 94 | 20 | Foundation; 602 |
| 96 | 12 | 97 | 5 | Leading |
| 97 | 6 | 97 | 14 | 602; Foundation; Leading |

| | | | | |
|---|---|---|---|---|
| 97 | 15 | 97 | 20 | 602; Foundation; Leading |
| 97 | 23 | 98 | 7 | IEC; Leading; 602 |
| 98 | 14 | 98 | 23 | 602; IEC; Foundation |
| 99 | 2 | 99 | 20 | IEC; Leading |
| 101 | 24 | 102 | 3 | Leading; IEC |
| 102 | 5 | 102 | 16 | Incomplete |
| **102** | **17** | **102** | **18** | **Counter-Designation for completeness** |
| 104 | 7 | 104 | 25 | Form (speculation); 602 |
| 105 | 1 | 105 | 10 | 602; Form (speculation) |
| 108 | 8 | 108 | 12 | Leading |
| 108 | 13 | 108 | 22 | Leading; form (vague) |
| 109 | 1 | 109 | 4 | 602; Form (speculation) |
| 112 | 1 | 112 | 18 | Leading (strike as non-responsive) |
| 113 | 15 | 113 | 24 | Leading |
| 113 | 25 | 114 | 11 | Form  (vague) |
| 115 | 1 | 116 | 3 | Relevance; 403 |
| 116 | 4 | 117 | 3 | Relevance; 403; Leading |
| 117 | 4 | 117 | 13 | Relevance; 403 |
| 118 | 6 | 118 | 19 | Leading |
| 120 | 12 | 120 | 23 | NBE; Leading; 701 |
| 122 | 3 | 123 | 23 | Relevance; 403; Leading |
| 125 | 6 | 126 | 2 | Relevance; 403 |
| 126 | 3 | 126 | 11 | IEC |
| 126 | 12 | 127 | 1 | IEC; Leading |
| 127 | 19 | 128 | 8 | Relevance; 403 |
| 128 | 9 | 128 | 12 | Relevance; 403; incomplete |
| 128 | 13 | 128 | 15 | Relevance; 403; Leading; incomplete |
| 128 | 16 | 130 | 6 | Relevance; 403; Form (vague); Leading |
| 130 | 7 | 130 | 12 | Relevance; 403; 701, NBE; Foundation |
| 140 | 1 | 140 | 2 | 602; strike as non-responsive |
| 141 | 16 | 141 | 20 | 602 |
| 173 | 7 | 174 | 11 | Relevance; 403 |
| **181** | **14** | **181** | **16** | **Counter-designation** |
| **181** | **21** | **182** | **2** | **Counter-designation** |
| 184 | 5 | 184 | 16 | Form (mischaracterizes document and prior testimony) |
| 184 | 17 | 185 | 1 | Leading |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF RICHARD ROBERT COULSON Date of Deposition: August 26, 2008 | | | | |
|---|---|---|---|---|
| From | | To | | Objection |
| Page | Line | Page | Line | |
| 10 | 6 | 10 | 15 | Leading; Form (vague "routine part") |
| 13 | 7 | 13 | 17 | Hearsay; Relevance |
| **14** | **20** | **15** | **1** | **Counter-Designation** |
| 15 | 21 | 15 | 24 | Incomplete – no answer |
| 16 | 17 | 16 | 19 | Hearsay; Relevance |
| **21** | **20** | **21** | **23** | **Counter-Designation** |
| 23 | 17 | 23 | 21 | Leading |
| 24 | 4 | 24 | 16 | Hearsay; Relevance; Form (misrepresents evidence); Attorney colloquy |
| **28** | **1** | **28** | **5** | **Counter-Designation** |
| 28 | 11 | 28 | 14 | Leading |
| **29** | **7** | **29** | **13** | **Counter-Designation** |
| 29 | 14 | 29 | 19 | Leading |
| 29 | 22 | 29 | 23 | Relevance |
| 32 | 8 | 32 | 15 | Relevance; Hearsay |
| 36 | 25 | 36 | 2 | Leading |
| 39 | 15 "It is | 39 | 19 | Hearsay; Relevance |
| **40** | **15** | **40** | **17** | **Counter-Designation** |
| **41** | **18** | **41** | **20** | **Counter-Designation** |
| **46** | **16** | **46** | **18** | **Counter-Designation** |
| 49 | 21 | 49 | 22 | Form (mischaracterizes testimony); Incomplete |
| 51 | 2 | 51 | 4 | Hearsay; Relevance; Incomplete |
| 52 | 21 | 52 | 24 | Leading |
| 53 | 4 | 54 | 10 | Form (compound); Leading |
| 55 | 8 | 55 | 10 | Leading |
| 55 | 16 | 55 | 25 | Form (mischaracterizes testimony, assumes facts not in evidence) |
| 57 | 16 | 57 | 20 | Leading |
| 58 | 13 | 58 | 14 | Incomplete |
| 63 | 2 | 63 | 9 | Form (speculation) |
| 63 | 13 | 63 | 20 | Form (speculation) |
| 66 | 3 | 66 | 5 | Form (vague – "same problem", "earlier in exhibit") |

| | | | | |
|---|---|---|---|---|
| 66 | 9 | 66 | 18 | Leading |
| **68** | **24** | **69** | **4** | **Counter-Designation** |
| 70 | 17 | 71 | 1 | Leading |
| **71** | **2** | **71** | **12** | **Counter-Designation** |
| 72 | 13 | 72 | 18 | Leading; Form (vague) |
| **73** | **4** | **73** | **12** | **Counter-Designation** |
| 74 | 15 | 74 | 19 | Incomplete |
| 77 | 9 | 77 | 14 | Leading |
| **79** | **20** | **80** | **11** | **Counter-Designation** |
| 80 | 15 | 80 | 20 | Hearsay; Incomplete |
| **82** | **15** | **82** | **23** | **Counter-Designation** |
| **83** | **23** | **84** | **17** | **Counter-Designation** |
| 92 | 17 | 92 | 22 | Leading; 602; 701 |
| 92 | 25 | 94 | 14 | 701; Foundation; 602 |
| 98 | 2 | 98 | 12 | 701; 602; Foundation |
| 98 | 15 | 98 | 20 | Leading |
| **99** | **9** | **99** | **13** | **Counter-Designation** |
| 99 | 14 | 100 | 9 | 701; 602; Foundation |
| **100** | **14** | **100** | **15** | **Counter-Designation** |
| 101 | 5 | 101 | 7 | Leading |
| **101** | **12** | **101** | **21** | **Counter-Designation** |
| 101 | 25 | 102 | 5 | 701; 602; Foundation; Leading |
| 102 | 10 | 102 | 21 | 701; 602 |
| 102 | 24 | 103 | 3 | Leading; 701; 602 |
| 103 | 6 | 103 | 6 | 701; 206 |
| 103 | 14 | 103 | 14 | 701; 206 |
| 103 | 21 | 104 | 8 | 701; Leading |
| 104 | 11 | 104 | 15 | Leading; 701 |
| 104 | 18 | 104 | 23 | Leading; 701 |
| 105 | 9 | 105 | 10 | Leading; 701 |
| 105 | 13 | 105 | 13 | Leading; 701 |
| 105 | 16 | 105 | 20 | 701; Leading |
| 105 | 25 | 106 | 13 | 701; Leading |
| 106 | 16 | 106 | 25 | 701 |
| 107 | 1 | 107 | 2 | 701; Leading |
| 107 | 5 | 107 | 5 | 701; Leading |
| 107 | 6 | 107 | 17 | 701 |
| 108 | 25 | 110 | 11 | 701 |
| 110 | 12 | 110 | 16 | Form (vague); Leading |
| **111** | **7** | **111** | **12** | **Counter-Designation** |
| **112** | **2** | **112** | **19** | **Counter-Designation** |
| 112 | 20 | 112 | 22 | Incomplete |
| 113 | 1 | 113 | 5 | 701 |
| 113 | 8 | 113 | 9 | Incomplete |
| 113 | 13 | 113 | 114 | Leading; 701 |
| 113 | 19 | 114 | 2 | Leading; 701 |

| | | | | |
|---|---|---|---|---|
| 114 | 7 | 114 | 16 | Non-responsive |
| 114 | 24 | 115 | 8 | Form (vague); Leading |
| 115 | 24 | 116 | 3 | Leading; 701 |
| 116 | 8 | 116 | 15 | 701; 602; Leading |
| 116 | 18 | 116 | 20 | 701; 602 |
| 116 | 24 | 116 | 24 | 701; 602 |
| 117 | 1 | 117 | 7 | 701; 602 |
| 117 | 10 | 117 | 11 | 701; 602 |
| 117 | 15 | 117 | 15 | 701; 602 |
| 117 | 17 | 118 | 8 | 701; 602 |
| 118 | 11 | 118 | 19 | Leading |
| 118 | 22 | 119 | 5 | Form (assumes facts); Leading |
| 119 | 7 | 120 | 14 | 701 |
| 120 | 24 | 121 | 3 | Form (asked and answered); 701; 602 |
| 121 | 7 | 121 | 10 | Form (asked and answered); 701; 602 |
| 121 | 16 | 121 | 17 | Leading; 701 |
| 121 | 22 | 121 | 22 | Leading; 701 |
| 121 | 25 | 122 | 4 | Leading; 701 |
| 122 | 7 | 122 | 18 | Leading; 701 |
| 122 | 21 | 123 | 5 | Leading; 701 |
| 123 | 11 | 123 | 12 | Leading |
| **123** | **17** | **124** | **9** | **Counter-Designation; Completeness** |
| 124 | 10 | 125 | 1 | 701; Form (compound); Form (mischaracterizes testimony) |
| 125 | 4 | 125 | 13 | 701 |
| 125 | 16 | 126 | 1 | 701 |
| **126** | **4** | **126** | **7** | **Counter-Designation** |
| 145 | 5 | 145 | 12 | Form (vague); Form (mischaracterizes testimony); Leading |
| **148** | **9** | **148** | **14** | **Counter-Designation** |
| 149 | 6 | 149 | 17 | Hearsay; Relevance |
| 149 | 18 | 149 | 25 | Relevance |
| **150** | **7** | **150** | **22** | **Counter-Designation** |
| **158** | **13** | **158** | **14** | **Counter-Designation** |
| **159** | **5** | **159** | **18** | **Counter-Designation** |
| **159** | **20** | **159** | **21** | **Counter-Designation** |
| **161** | **1** | **161** | **3** | **Counter-Designation** |
| **164** | **19** | **164** | **23** | **Counter-Designation** |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF EDWARD DUFFY Date of Deposition: May 8, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 20 | 13 | 20 | 21 | Leading |
| 21 | 20 | 21 | 25 | Leading; Form (vague) |
| 22 | 1 | 22 | 7 | Leading; Form (vague) |
| 23 | 1 | 23 | 6 | Leading |
| 28 | 1 | 28 | 4 | Leading |
| 28 | 6 | 28 | 9 | Leading |
| 29 | 7 | 29 | 8 | Leading |
| 29 | 11 | 29 | 22 | Leading |
| 31 | 13 | 31 | 19 | Leading; IEC |
| 32 | 1 | 32 | 8 | IEC |
| 32 | 17 | 32 | 21 | Leading |
| 32 | 25 | 33 | 2 | Leading |
| 33 | 5 | 33 | 8 | Leading |
| 35 | 6 | 35 | 10 | Form (vague) |
| 36 | 5 | 36 | 8 | Foundation; Form (speculation); 602 |
| 38 | 16 | 38 | 20 | Leading; Form |
| 42 | 7 | 42 | 18 | Relevance; 403; Hearsay |
| 43 | 4 | 43 | 19 | Hearsay |
| 44 | 9 | 44 | 16 | Form |
| 44 | 17 | 44 | 22 | Leading |
| 45 | 13 | 46 | 2 | Hearsay; Relevance; 403 |
| 46 | 15 | 47 | 10 | Relevance; 403; Hearsay |
| 47 | 11 | 48 | 1 | Relevance; 403 |
| 48 | 21 | 49 | 10 | Relevance; 403 |
| 49 | 11 | 50 | 14 | Relevance; 403; Form (ague and misleading as to "ideas" "shown in Ex. 15") |
| 50 | 15 | 51 | 2 | Relevance; 403; Hearsay |
| 51 | 3 | 51 | 25 | Relevance; 403; Form (speculation) |
| 52 | 6 | 52 | 13 | Leading; Form (vague and misleading) |
| 52 | 14 | 53 | 8 | Leading; Relevance; 403; Hearsay |
| 53 | 15 | 53 | 24 | Leading; Hearsay; Relevance; 403 |
| 55 | 6 | 66 | 13 | Leading; Relevance; 403; form (vague); Foundation |
| 55 | 23 | 56 | 3 | Leading; Foundation; Form |

| | | | | |
|---|---|---|---|---|
| | | | | (vague and misleading) |
| 56 | 11 | 57 | 1 | Relevance; 403; Leading; Hearsay |
| 57 | 2 | 57 | 25 | Relevance; 403 |
| 58 | 1 | 58 | 10 | Relevance; 403; Leading |
| 58 | 11 | 58 | 17 | Relevance; 403 |
| 58 | 18 | 59 | 1 | Relevance; 403; Leading |
| 59 | 2 | 59 | 5 | Relevance; 403 |
| 59 | 6 | 60 | 4 | Relevance; 403; NBE; 701; Non-Responsive |
| 61 | 8 | 61 | 16 | Leading |
| 66 | 24 | 67 | 8 | Leading |
| 68 | 20 | 69 | 1 | Form (vague) |
| 71 | 11 | 71 | 19 | NBE; 602 |
| 72 | 9 | 72 | 13 | Leading |
| 73 | 4 | 73 | 16 | Relevance; 403 |
| 73 | 17 | 74 | 22 | Relevance; 403; Leading; Hearsay |
| 86 | 3 | 86 | 13 | Non-responsive |
| 109 | 14 | 109 | 23 | Relevance; 403 |
| 128 | 8 | 128 | 11 | Relevance; 403 |
| 128 | 14 | 128 | 20 | Relevance; 403; Form (vague) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF MARK D. ELCHUK Date of Deposition: May 22, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 8 | 23 | 9 | 11 | Relevance; 403 |
| 26 | 7 | 26 | 15 | IEC; 701; Relevance; 403 |
| 26 | 23 | 27 | 5 | IEC; 701; Relevance; 403 |
| 34 | 14 | 34 | 18 | 701 |
| 34 | 20 | 34 | 23 | 701 |
| 35 | 8 | 35 | 14 | 701 |
| 35 | 16 | 36 | 7 | 701 |
| 36 | 15 | 36 | 24 | 701; IEC; Relevance; 403 |
| **37** | **19** | **37** | **23** | **Counter-Designation** |
| 39 | 23 | 41 | 19 | Relevance; 403; IEC |
| 41 | 23 | 42 | 12 | 602 |
| 43 | 11 | 44 | 3 | 701; Foundation; Form (vague) |
| 44 | 4 | 44 | 9 | 701 |
| 44 | 10 | 44 | 18 | 701; Relevance; 403; IEC |
| 45 | 1 | 45 | 15 | 701; Relevance; 403; IEC |
| 47 | 9 | 47 | 14 | Leading |
| 47 | 22 | 48 | 1 | Leading |
| 48 | 3 | 48 | 7 | 701 |
| 48 | 13 | 48 | 25 | Form (vague) |
| 55 | 6 | 55 | 9 | 602 |
| 55 | 14 | 55 | 22 | 602 |
| 56 | 13 | 56 | 16 | 602 |
| 56 | 17 | 56 | 22 | 602; Leading; Form (speculation and mischaracterizes document) |
| 57 | 25 | 58 | 3 | Relevance; 403 |
| 58 | 4 | 58 | 6 | Relevance; 403; IEC |
| 58 | 7 | 59 | 14 | Relevance; 403; IEC |
| 59 | 19 | 59 | 21 | 602 |
| 60 | 6 | 60 | 12 | 701 |
| 60 | 13 | 60 | 20 | 602; Relevance; 403 |
| **60** | **24** | **61** | **8** | **Counter-Designation** |
| **61** | **15** | **61** | **25** | **Counter-Designation** |
| 68 | 12 | 68 | 20 | Relevance; 403 |
| 68 | 24 | 69 | 21 | Relevance; 403 |
| 85 | 10 | 85 | 15 | Privilege |
| 87 | 10 | 87 | 12 | 701; Relevance; 403 |
| 94 | 11 | 94 | 17 | Leading; Relevance; IEC; 403 |
| 95 | 5 | 95 | 20 | Leading; IEC; Relevance; 403 |

| | | | | |
|---|---|---|---|---|
| 96 | 22 | 97 | 25 | Relevance; 403 |
| 98 | 1 | 99 | 17 | Relevance; 403 |
| 99 | 21 | 101 | 5 | Relevance; 403 |
| **105** | **17** | **105** | **23** | **Counter-Designation** |
| **107** | **10** | **107** | **24** | **Counter-Designation** |
| 112 | 12 | 114 | 15 | Relevance; 403 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF BARBARA GOUZE Date of Deposition: August 19, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 17 | 9 | 17 | 22 | Foundation |
| **18** | **25** | **19** | **3** | **Counter-Designation** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF SEAN ROARTY Date of Deposition: April 29, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 27 | 4 | 27 | 8 | Form; Speculation; 403; Relevance; Foundation |
| 27 | 17 | 27 | 22 | Leading; Foundation; Form (vague) |
| 27 | 23 | 28 | 9 | Relevance; 403 |
| **28** | **10** | **28** | **13** | **Counter-Designation** |
| 28 | 25 | 29 | 5 | Leading; 602 |
| 30 | 18 | 30 | 21 | Incomplete; Relevance |
| 30 | 22 | 31 | 10 | Relevance; Attorney colloquy |
| 33 | 9 | 33 | 12 | Form; Speculation; 403; Relevance |
| 33 | 16 | 33 | 21 | Form; Speculation; Relevance |
| 36 | 7 | 36 | 14 | Leading; 602; Foundation |
| 37 | 17 | 37 | 20 | Leading; 602; Foundation |
| 40 | 6 | 40 | 11 | Form (vague and mischaracterizes as "product") |
| 41 | 11 | 41 | 18 | Relevance; attorney colloquy |
| 42 | 1 | 42 | 5 | Leading; NBE; 701; Relevance; 403 |
| 42 | 8 | 42 | 12 | NBE; 701; Relevance; 403 |
| 42 | 13 | 42 | 24 | NBE; 701; Relevance; 403; Leading |
| 44 | 14 | 45 | 6 | Relevance; attorney colloquy |
| 46 | 17 | 46 | 21 | Leading; Form (vague) |
| 47 | 9 | 47 | 12 | Form (vague) |
| 48 | 6 | 48 | 16 | 602; Foundation |
| 49 | 20 | 49 | 25 | Incomplete |
| 50 | 11 | 50 | 17 | Leading |
| 50 | 21 | 50 | 25 | Leading; Form; Speculation; 602 |
| 51 | 5 | 51 | 8 | Form (vague) |
| 51 | 15 | 51 | 21 | Leading; Form (compound) |
| 51 | 22 | 52 | 1 | Leading |
| 52 | 20 | 52 | 25 | Leading |
| **53** | **1** | **53** | **5** | **Counter-Designation** |
| 54 | 4 | 54 | 11 | 602; Foundation; Form (speculation); Leading |
| 55 | 23 | 56 | 2 | Leading |
| 59 | 4 | 59 | 7 | Leading; Form (vague) |

| 60 | 4 | 60 | 15 | Leading |
|---|---|---|---|---|
| **60** | **22** | **61** | **4** | **Counter-Designation** |
| 61 | 10 | 61 | 18 | Form (assumes facts not in evidence); 602; Foundation |
| 64 | 24 | 65 | 6 | Leading; 602; Form (speculation) |
| 67 | 19 | 67 | 15 | 602; Form; Speculation |
| 69 | 7 | 69 | 11 | Leading |
| 71 | 13 | 71 | 18 | 602; Form; Speculation |
| 75 | 9 | 75 | 20 | 602; form (speculation); IEC |
| 77 | 16 | 77 | 21 | Leading |
| 79 | 9 | 79 | 13 | 602; Foundation |
| 79 | 16 | 79 | 21 | Leading |
| 80 | 2 | 80 | 6 | Leading |
| 81 | 8 | 81 | 20 | IEC |
| 82 | 13 | 82 | 20 | Leading |
| 84 | 3 | 84 | 9 | IEC; Form (speculation); 602; Relevance; 403 |
| 84 | 10 | 84 | 14 | Leading |
| 86 | 6 | 86 | 8 | Leading |
| 88 | 15 | 88 | 19 | Leading |
| 89 | 6 | 89 | 10 | Leading |
| 91 | 2 | 91 | 5 | Leading |
| 91 | 13 | 91 | 24 | Leading; Form (vague); Speculation |
| 92 | 2 | 92 | 12 | Relevance; Attorney colloquy |
| 93 | 13 | 93 | 17 | Leading |
| 93 | 18 | 93 | 24 | 602; Form (speculation) |
| 96 | 10 | 96 | 14 | IEC; Relevance; 403 |
| 96 | 15 | 96 | 25 | Leading |
| 97 | 5 | 97 | 13 | Leading; Form (speculation); 602; Foundation |
| **98** | **21** | **98** | **22** | **Counter-Designation (completeness)** |
| **100** | **5** | **100** | **12** | **Counter-Designation** |
| 100 | 21 | 101 | 2 | IEC; Relevance; 403; Leading |
| 101 | 24 | 102 | 3 | Form (vague); Leading |
| 103 | 23 | 104 | 19 | Leading |
| 107 | 10 | 107 | 18 | Form; Speculation; 602 |
| 108 | 7 | 108 | 23 | Leading |
| 110 | 9 | 110 | 16 | Leading |
| 110 | 17 | 110 | 22 | Leading; Form (vague) |
| 111 | 21 | 111 | 24 | Incomplete Question |
| **116** | **14** | **116** | **16** | **Counter-Designation (completeness)** |
| 116 | 17 | 116 | 20 | 602 |

| 118 | 4 | 118 | 9 | Leading |
|---|---|---|---|---|
| 118 | 10 | 118 | 16 | 602 |
| 120 | 24 | 121 | 7 | Leading; Form (mischaracterizes document) |
| 122 | 13 | 122 | 19 | Form (vague) |
| 123 | 9 | 123 | 15 | Leading |
| 124 | 17 | 124 | 22 | Relevance; 403; IEC |
| 125 | 12 | 125 | 21 | Leading; Form (vague) |
| 128 | 21 | 130 | 23 | IEC; Relevance; 403 |
| 130 | 24 | 135 | 10 | IEC; Relevance; 403 |
| 135 | 17 | 135 | 22 | Leading; IEC; 403; Relevance |
| 136 | 15 | 137 | 8 | Relevance; 403 |
| **137** | **9** | **137** | **14** | **Counter-Designation** |
| 139 | 17 | 140 | 10 | Relevance; 403; IEC; NBE; Leading |
| 156 | 10 | 156 | 20 | Relevance; 403; IEC |
| 157 | 21 | 158 | 9 | Relevance; 403; IEC |
| 158 | 11 | 159 | 2 | Relevance; 403; IEC; Hearsay |
| 159 | 3 | 159 | 7 | Relevance; 403; IEC |
| 160 | 10 | 160 | 12 | Relevance; 403; IEC |
| 160 | 20 | 161 | 2 | Relevance; 403; IEC |
| 162 | 22 | 163 | 17 | Relevance; 403; IEC |
| 164 | 24 | 165 | 7 | Relevance; 403 |
| 167 | 6 | 167 | 13 | Relevance; 403; IEC |
| 167 | 23 | 168 | 14 | Relevance; 403 |
| **168** | **15** | **169** | **2** | **Counter-Designation (for completeness; only if testimony above goes into evidence)** |
| **177** | **14** | **178** | **6** | **Counter-Designation (for completeness)** |
| **215** | **8** | **215** | **10** | **Counter-Designation** |
| 216 | 8 | 217 | 13 | Relevance; 403; IEC; Leading; 701, 602 |
| 217 | 18 | 218 | 1 | Leading; Relevance; 403 |
| 220 | 19 | 220 | 19 | Incomplete |
| 220 | 20 | 221 | 10 | Leading; Form (mischaracterizes document) |
| 224 | 20 | 225 | 10 | Leading; 602 |
| 225 | 11 | 225 | 13 | Relevance; 602 |
| 225 | 20 | 226 | 2 | Leading; Relevance; 602 |
| 226 | 3 | 226 | 12 | Relevance; 403; IEC |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF DANIEL B. SCHWAB Date of Deposition: July 15, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 6 | 12 | 6 | 20 | Foundation |
| 16 | 17 | 18 | 6 | Incomplete |
| **24** | **14** | **24** | **16** | **Counter-Designation** |
| **24** | **18** | **24** | **20** | **Counter-Designation** |
| 36 | 20 | 37 | 17 | Incomplete |
| **37** | **20** | **38** | **9** | **Counter-Designation** |
| **41** | **22** | **42** | **22** | **Counter-Designation** |
| **46** | **3** | **46** | **5** | **Counter-Designation** |
| 46 | 23 | 47 | 19 | Foundation; 602 |
| 49 | 7 | 49 | 10 | Incomplete |
| **50** | **5** | **50** | **7** | **Counter-Designation** |
| 53 | 20 | 54 | 10 | Foundation |
| 55 | 8 | 55 | 14 | Incomplete |
| 55 | 17 | 56 | 9 | 701 |
| **56** | **14** | **57** | **8** | **Counter-Designation** |
| 57 | 9 | 57 | 15 | Foundation |
| 59 | 9 | 59 | 18 | Foundation |
| **60** | **2** | **60** | **11** | **Counter-Designation** |
| 66 | 25 | 67 | 3 | Leading; 701 |
| 67 | 10 | 67 | 15 | 701 |
| 67 | 24 | 68 | 1 | Incomplete; 701 |
| 68 | 9 | 69 | 2 | 701 |
| 69 | 6 | 70 | 6 | 701 |
| 71 | 9 | 71 | 21 | 701; Leading |
| 73 | 5 | 73 | 10 | Leading; 701 |
| 74 | 1 | 74 | 9 | 701 |
| 74 | 19 | 74 | 21 | 701 |
| 75 | 21 | 76 | 1 | 701 |
| **76** | **12** | **77** | **1** | **Counter-Designation** |
| **77** | **3** | **77** | **7** | **Counter-Designation** |
| 78 | 10 | 78 | 22 | Foundation |
| 78 | 24 | 78 | 25 | Foundation |
| **80** | **19** | **81** | **22** | **Counter-Designation** |
| 81 | 2 | 81 | 6 | 403 |
| **84** | **15** | **84** | **20** | **Counter-Designation** |
| 84 | 21 | 84 | 24 | Foundation |
| **84** | **25** | **85** | **7** | **Counter-Designation** |
| **85** | **24** | **87** | **8** | **Counter-Designation** |
| **87** | **10** | **87** | **10** | **Counter-Designation** |

| 87 | 12 | 87 | 24 | Counter-Designation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF ERIC STAGEMAN Date of Deposition: August 19, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 16 | 25 | 16 | 25 | Incomplete |
| **20** | **13** | **20** | **15** | **Counter-Designation** |
| **42** | **21** | **42** | **23** | **Counter-Designation** |
| **45** | **20** | **45** | **24** | **Counter-Designation** |
| **48** | **7** | **48** | **13** | **Counter-Designation** |
| **49** | **12** | **50** | **7** | **Counter-Designation** |
| 57 | 5 | 57 | 13 | Hearsay |
| 59 | 13 | 59 | 23 | Hearsay |
| **62** | **20** | **63** | **4** | **Counter-Designation** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF ALLAN TAMESHTIT Date of Deposition: October 19, 2007 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 13 | 20 | 14 | 1 | Scope; Relevance |
| 14 | 6 | 14 | 15 | Scope; Relevance |
| 15 | 11 | 15 | 15 | Relevance; 403, Scope |
| **29** | **22** | **29** | **25** | **Counter-Designation** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DEPOSITION EXCEPRT OBJECTIONS AND
COUNTER-DESIGNATIONS FROM
DEPOSITION TESTIMONY OF ALLAN TAMESHITT
Date of Deposition: January 18, 2008**

General objection to this deposition as irrelevant claim construction testimony.  General
objection to this deposition that any designated testimony is outside the scope of 30(b)(6)
deposition, and any testimony; Mr. Tameshitt lacks personal knowledge for the designated
portions; and improper expert testimony.

| From | | To | | Objection |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| **16** | **20** | **17** | **3** | **Counter-Designation** |
| **18** | **3** | **18** | **6** | **Counter-Designation** |
| **18** | **13** | **18** | **23** | **Counter-Designation** |
| **19** | **9** | **19** | **15** | **Counter-Designation** |
| 21 | 13 | 21 | 15 | Relevance; 403 |
| 22 | 18 | 23 | 3 | Hearsay; 602 |
| **25** | **13** | **26** | **2** | **Counter-Designation** |
| **36** | **22** | **36** | **25** | **Counter-Designation** |
| **39** | **4** | **39** | **15** | **Counter-Designation** |
| **39** | **24** | **40** | **19** | **Counter-Designation** |
| **43** | **20** | **44** | **20** | **Counter-Designation** |
| **45** | **1** | **45** | **13** | **Counter-Designation** |
| **52** | **1** | **52** | **4** | **Counter-Designation** |
| **60** | **13** | **61** | **7** | **Counter-Designation** |
| **64** | **7** | **64** | **23** | **Counter-Designation** |
| **67** | **15** | **69** | **9** | **Counter-Designation** |
| **71** | **20** | **72** | **6** | **Counter-Designation** |
| **73** | **12** | **74** | **10** | **Counter-Designation** |
| **81** | **1** | **81** | **19** | **Counter-Designation** |
| **107** | **16** | **107** | **24** | **Counter-Designation** |
| **126** | **7** | **126** | **13** | **Counter-Designation** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF ALLAN TAMESHTIT Date of Deposition: August 27, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| **8** | **17** | **8** | **24** | **Counter-Designation** |
| **11** | **5** | **11** | **14** | **Counter-Designation** |
| **13** | **3** | **13** | **7** | **Counter-Designation** |
| 63 | 17 | 63 | 24 | Relevance; 403 |
| 64 | 1 | 64 | 23 | Relevance; 403 |
| 65 | 5 | 65 | 22 | 401; 403 |
| 66 | 21 | 67 | 9 | 401; 403 |
| 72 | 5 | 73 | 17 | 401; 403; 602 |
| **73** | **18** | **74** | **10** | **Counter-Designation** |
| 76 | 7 | 77 | 6 | 401; 403; 602 |
| 77 | 1 | 77 | 6 | 401; 403; 602 |
| 77 | 12 | 77 | 16 | 401; 403; 602 |
| **77** | **17** | **77** | **22** | **Counter-Designation** |
| 77 | 23 | 77 | 25 | 401; 403; 602 |
| **78** | **1** | **78** | **6** | **Counter-Designation** |
| 78 | 7 | 78 | 12 | 602; 401; 403 |
| 79 | 25 | 80 | 22 | 401; 403; 602 |
| 80 | 24 | 80 | 25 | 401; 403; 602 |
| 81 | 6 | 81 | 18 | 401; 403; 602 |
| 81 | 20 | 81 | 24 | 401; 403; 602 |
| **88** | **5** | **88** | **20** | **Counter-Designation** |
| **89** | **24** | **90** | **8** | **Counter-Designation** |
| 109 | 14 | 109 | 23 | 602; Foundation |
| 110 | 11 | 111 | 4 | 602; Foundation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DEPOSITION EXCEPRT OBJECTIONS AND COUNTER-DESIGNATIONS FROM DEPOSITION TESTIMONY OF MIREK A. WARAKSA Date of Deposition: June 9, 2008 | | | | |
|---|---|---|---|---|
| **From** | | **To** | | **Objection** |
| **Page** | **Line** | **Page** | **Line** | |
| 8 | 12 | 8 | 18 | Form ("capacity") |
| 12 | 14 | 12 | 19 | 603; Leading |
| 20 | 13 | 20 | 17 | Incomplete |
| 20 | 19 | 20 | 23 | Leading |
| 23 | 4 | 23 | 8 | Privilege |
| 24 | 23 | 24 | 24 | Attorney colloquy; Relevance |
| 27 | 18 | 27 | 22 | Relevance; 403 |
| 28 | 6 | 28 | 10 | Relevance; 403 |
| 28 | 16 | 29 | 8 | Relevance; 403 |
| 29 | 13 | 30 | 1 | Relevance; 403 |
| 30 | 2 | 30 | 10 | Relevance; 403 |
| 32 | 19 | 32 | 23 | Leading |
| 34 | 3 | 34 | 7 | Leading |
| 37 | 6 | 37 | 9 | Privilege |
| 38 | 5 | 38 | 12 | Privilege |
| 38 | 15 | 38 | 17 | Privilege |
| 39 | 2 | 39 | 4 | Privilege |
| 39 | 9 | 39 | 13 | Privilege |
| 39 | 14 | 39 | 23 | 602; Form (speculation) |
| 41 | 10 | 41 | 21 | Privilege |
| 46 | 13 | 46 | 14 | Relevance; 403; Incomplete |
| 46 | 20 | 46 | 22 | Relevance; 403; Incomplete |
| 47 | 3 | 47 | 6 | Incomplete |
| 47 | 19 "and" | 47 | 21 | Privilege |
| 49 | 23 | 51 | 9 | Privilege |
| 51 | 10 | 52 | 4 | Relevance; attorney colloquy |
| 52 | 5 | 52 | 12 | Privilege |
| 52 | 13 | 52 | 24 | Relevance; attorney colloquy |
| 52 | 25 | 54 | 20 | Privilege; attorney colloquy |
| 55 | 10 | 55 | 13 | Privilege |
| 56 | 9 | 56 | 11 | Privilege |
| 56 | 16 | 56 | 22 | Privilege |
| 57 | 2 | 57 | 6 | Privilege |
| 57 | 10 | 57 | 14 | Privilege |
| 57 | 18 | 58 | 1 | Privilege |
| 58 | 9 | 59 | 2 | Privilege; Relevance; 403 |
| 59 | 3 | 60 | 15 | Privilege; Relevance; attorney colloquy |

| 61 | 16 | 61 | 19 | Leading |
|----|----|----|----|---------|
| 61 | 20 | 62 | 1 | Leading |
| 63 | 19 | 63 | 25 | Leading |
| 65 | 2 | 65 | 5 | Leading |
| 65 | 20 | 66 | 4 | Leading; incomplete |
| 67 | 6 | 67 | 18 | Incomplete; no question |
| 68 | 3 | 68 | 8 | Privilege; Relevance; 403 |
| 69 | 17 | 69 | 23 | Privilege; 602; form (speculation) |
| 70 | 20 | 70 | 22 | Leading; 602; form (speculation) |
| 71 | 1 | 71 | 5 | Privilege; 403 |
| 76 | 7 | 76 | 10 | Privilege |
| 76 | 11 | 77 | 11 | Relevance; attorney colloquy |
| 77 | 13 | 77 | 20 | Privilege; 403 |
| 77 | 21 | 77 | 24 | Privilege |
| 78 | 1 | 78 | 7 | Privilege; attorney colloquy is irrelevant |
| 78 | 14 | 78 | 22 | 701; Foundation; 403 |
| 78 | 25 | 79 | 6 | 701; Foundation; 403 |
| 79 | 9 | 79 | 13 | 701; Foundation; Leading; 403 |
| 79 | 16 | 79 | 21 | 701; Leading; Foundation; 403 |
| 79 | 24 | 80 | 4 | 701; Leading; Foundation; 403 |
| 80 | 12 | 80 | 20 | 701; Foundation; 403 |
| 83 | 11 | 83 | 17 | Leading; 602 |
| 84 | 19 | 84 | 23 | 602; Leading; form (assumes facts, no such evidence) |
| 85 | 2 | 85 | 10 | Leading; Incomplete |
| 85 | 13 | 85 | 16 | Leading |
| 85 | 25 | 86 | 4 | Compilation; Ex 14 is not one document; compilation of various documents |
| 86 | 5 | 86 | 8 | Privilege; Compilation |
| 86 | 12 | 86 | 19 | 701; Leading; Compilation |
| 86 | 22 | 87 | 1 | 701; Leading; Compilation |
| 87 | 22 | 88 | 1 | 701; Leading |
| 88 | 5 | 88 | 11 | 701; Leading |
| 88 | 12 | 89 | 4 | Relevance; attorney colloquy |
| 89 | 6 | 89 | 10 | 701; Leading |
| 90 | 6 | 90 | 11 | Leading; Privilege |
| 90 | 14 | 90 | 20 | 701; Leading |
| 90 | 23 | 91 | 6 | 701 |
| 91 | 9 | 91 | 15 | 701 |
| 91 | 18 | 91 | 21 | Incomplete; 701 |
| 91 | 22 | 92 | 2 | 701; Leading; Form (speculation) |

| 92 | 14 | 92 | 16 | Leading; Form (vague); Privilege |
|----|----|----|----|----|
| 92 | 21 | 92 | 25 | 701; Foundation |
| 93 | 11 | 93 | 15 | Leading |
| 93 | 22 | 93 | 25 | Leading; 602; Form (speculation) |
| 95 | 3 | 95 | 5 | Privilege |
| 95 | 6 | 95 | 14 | Leading; 701; Form (mischaracterizes document and assumes facts of photos of Ex 12 related to Ex 14) |
| 95 | 17 | 95 | 22 | Leading; 701; Form (mischaracterizes document and assumes facts of photos of Ex 12 related to Ex 14) |
| 98 | 9 | 98 | 12 | 403; Privilege |
| 99 | 14 | 99 | 21 | Relevance; Leading; 403 |
| 99 | 24 | 100 | 7 | Relevance; 403 |
| 102 | 12 | 102 | 25 | Relevance; 403 |
| 103 | 1 | 103 | 6 | Relevance; 403; Leading103 |
| 103 | 8 | 103 | 12 | Leading |
| 103 | 15 | 103 | 25 | 701; Relevance; 403 |
| 104 | 13 | 106 | 14 | Relevance; 403 |
| 106 | 15 | 106 | 19 | 701; Relevance; 403 |
| 106 | 22 | 114 | 3 | Relevance; 403 |
| 115 | 15 | 115 | 21 | Relevance; 403 |
| 116 | 6 | 116 | 10 | Leading; Form |
| 122 | 4 | 122 | 6 | Incomplete; no question pending |
| 129 | 19 | 129 | 22 | Relevance; attorney colloquy |
| **130** | **17** | **130** | **17** | **Counter-Designation; for completeness** |
| **149** | **18** | **149** | **24** | **Counter-Designation; for completeness** |
| 156 | 11 | 156 | 15 | Relevance; attorney colloquy |
| **160** | **16** | **160** | **17** | **Counter-Designation for completeness** |
| 167 | 16 | 168 | 2 | **Counter-Designation** |
| **169** | **19** | **169** | **21** | **Counter-Designation** |
| **169** | **23** | **169** | **24** | **Counter-Designation** |
| 184 | 11 | 184 | 16 | Incomplete; Relevance |
| 185 | 9 | 185 | 10 | Privilege |
| 185 | 20 | 185 | 1 | Privilege |
| 192 | 19 | 193 | 8 | Privilege; 403; Relevance |
| 193 | 13 | 193 | 19 | Relevance; 403 |
| 196 | 25 | 197 | 19 | Relevance; 403 |

| 201 | 5 | 201 | 10 | Privilege |
|-----|---|-----|----|-----------|
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |
|     |   |     |    |           |

<table>
<tr><th colspan="5">DEPOSITION EXCEPRT OBJECTIONS AND<br>COUNTER-DESIGNATIONS FROM<br>DEPOSITION TESTIMONY OF RAYMOND WILK<br>Date of Deposition: August 26, 2008</th></tr>
<tr><th colspan="2">From</th><th colspan="2">To</th><th>Objection</th></tr>
<tr><th>Page</th><th>Line</th><th>Page</th><th>Line</th><th></th></tr>
<tr><td>24</td><td>22</td><td>25</td><td>8</td><td>Counter-Designation</td></tr>
<tr><td>25</td><td>21</td><td>27</td><td>7</td><td>602; Foundation</td></tr>
<tr><td>28</td><td>1</td><td>28</td><td>24</td><td>Relevance; 602; Foundation</td></tr>
<tr><td>32</td><td>11</td><td>33</td><td>2</td><td>Foundation; 602</td></tr>
<tr><td>33</td><td>9</td><td>33</td><td>14</td><td>Foundation; 602; Relevance</td></tr>
<tr><td>36</td><td>24</td><td>37</td><td>2</td><td>Relevance; 602</td></tr>
<tr><td>42</td><td>6</td><td>43</td><td>1</td><td>602; Foundation; Hearsay</td></tr>
<tr><td><strong>44</strong></td><td><strong>9</strong></td><td><strong>44</strong></td><td><strong>12</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>55</td><td>15</td><td>55</td><td>25</td><td>602; Relevance</td></tr>
<tr><td>56</td><td>15</td><td>59</td><td>15</td><td>60; Relevance; Hearsay</td></tr>
<tr><td><strong>60</strong></td><td><strong>19</strong></td><td><strong>60</strong></td><td><strong>23</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td><strong>62</strong></td><td><strong>4</strong></td><td><strong>62</strong></td><td><strong>13</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>62</td><td>19</td><td>74</td><td>6</td><td>602; Foundation</td></tr>
<tr><td><strong>74</strong></td><td><strong>15</strong></td><td><strong>75</strong></td><td><strong>5</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>75</td><td>19</td><td>77</td><td>12</td><td>602; Foundation</td></tr>
<tr><td>78</td><td>16</td><td>80</td><td>10</td><td>602; Foundation</td></tr>
<tr><td><strong>80</strong></td><td><strong>11</strong></td><td><strong>80</strong></td><td><strong>17</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>81</td><td>8</td><td>81</td><td>19</td><td>602; Foundation</td></tr>
<tr><td>82</td><td>14</td><td>82</td><td>25</td><td>602; Foundation; Relevance</td></tr>
<tr><td>83</td><td>10</td><td>86</td><td>13</td><td>602; Foundation; Relevance</td></tr>
<tr><td>91</td><td>3</td><td>91</td><td>7</td><td>602</td></tr>
<tr><td><strong>101</strong></td><td><strong>25</strong></td><td><strong>102</strong></td><td><strong>6</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td><strong>107</strong></td><td><strong>10</strong></td><td><strong>107</strong></td><td><strong>22</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>108</td><td>24</td><td>109</td><td>5</td><td>602</td></tr>
<tr><td><strong>113</strong></td><td><strong>2</strong></td><td><strong>113</strong></td><td><strong>4</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>114</td><td>15</td><td>114</td><td>20</td><td>501; Incomplete</td></tr>
<tr><td>114</td><td>21</td><td>115</td><td>8</td><td>Relevance</td></tr>
<tr><td><strong>119</strong></td><td><strong>12</strong></td><td><strong>119</strong></td><td><strong>15</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td><strong>123</strong></td><td><strong>5</strong></td><td><strong>123</strong></td><td><strong>7</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td><strong>124</strong></td><td><strong>9</strong></td><td><strong>124</strong></td><td><strong>11</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>126</td><td>12</td><td>126</td><td>15</td><td>602</td></tr>
<tr><td><strong>129</strong></td><td><strong>11</strong></td><td><strong>129</strong></td><td><strong>13</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td><strong>131</strong></td><td><strong>12</strong></td><td><strong>131</strong></td><td><strong>25</strong></td><td><strong>Counter-Designation</strong></td></tr>
<tr><td>135</td><td>24</td><td>136</td><td>5</td><td>602</td></tr>
<tr><td>140</td><td>2</td><td>140</td><td>25</td><td>602; Hearsay</td></tr>
<tr><td>145</td><td>2</td><td>145</td><td>12</td><td>602; Hearsay; Foundation</td></tr>
<tr><td>145</td><td>17</td><td>145</td><td>24</td><td>602; Foundation; Hearsay</td></tr>
<tr><td>146</td><td>6</td><td>146</td><td>14</td><td>602</td></tr>
<tr><td>147</td><td>22</td><td>148</td><td>1</td><td>602; Foundation</td></tr>
</table>

| 148 | 8 | 148 | 23 | 602; Foundation |
|---|---|---|---|---|
| 149 | 9 | 150 | 18 | 602; Foundation |
| **150** | **19** | **150** | **23** | **Counter-Designation** |
| 151 | 5 | 151 | 21 | 602; Foundation |
| 152 | 4 | 152 | 8 | 602; Foundation |
| 152 | 10 | 152 | 12 | 602; Foundation |
| 152 | 14 | 152 | 15 | 602; Foundation |
| 153 | 6 | 153 | 17 | 602; Foundation |
| 153 | 19 | 154 | 5 | 602; Foundation |
| 162 | 9 | 162 | 10 | 602; Foundation |
| 162 | 12 | 162 | 12 | 602; Foundation |
| 163 | 24 | 164 | 1 | **Counter-Designation** |
| **166** | **16** | **166** | **19** | **Counter-Designation** |
| **167** | **22** | **167** | **25** | **Counter-Designation** |
| 169 | 10 | 169 | 18 | 602; Foundation |
| 169 | 19 | 169 | 22 | 602 |
| **169** | **25** | **170** | **4** | **Counter-Designation** |
| 170 | 8 | 170 | 25 | 602; Foundation |
| 176 | 3 | 176 | 8 | 602; Foundation |
| 176 | 12 | 177 | 18 | 602; Foundation |
| 177 | 23 | 178 | 13 | 602; Foundation |
| 178 | 18 | 179 | 7 | 602; Foundation |
| 184 | 8 | 184 | 25 | 602; Foundation; Hearsay |
| **187** | **8** | **187** | **11** | **Counter-Designation** |
| 192 | 18 | 192 | 6 | 602; Foundation |
| 197 | 11 | 197 | 23 | 602; Foundation |
| **197** | **24** | **197** | **25** | **Counter-Designation** |
| 198 | 1 | 199 | 23 | 602; Foundation |
| 199 | 25 | 200 | 12 | 602; Foundation |
| 200 | 20 | 201 | 2 | 602; Foundation |
| 201 | 4 | 201 | 7 | 602; Foundation |
| 201 | 9 | 201 | 13 | 602; Foundation |
| **204** | **23** | **205** | **14** | **Counter-Designation** |
| **206** | **20** | **206** | **25** | **Counter-Designation** |
| 207 | 8 | 209 | 3 | 602; Foundation |
| **212** | **2** | **213** | **5** | **Counter-Designation** |
| 213 | 6 | 213 | 11 | Hearsay |
| 214 | 18 | 215 | 6 | 403; Privilege |
| 217 | 9 | 218 | 7 | 403; Privilege; 602 |
| **218** | **11** | **218** | **23** | **Counter-Designation** |
| 219 | 2 | 219 | 25 | 602; Foundation |
| 220 | 5 | 220 | 8 | 602; Foundation |
| 220 | 10 | 220 | 15 | 602; Foundation |
| 220 | 21 | 220 | 23 | 602; Foundation |
| 221 | 7 | 221 | 9 | 602; Foundation |
| 221 | 25 | 222 | 5 | 602; Foundation |

| 225 | 20 | 226 | 5 | **Counter-Designation** |
|---|---|---|---|---|
| **229** | **12** | **229** | **23** | **Counter-Designation** |
| 232 | 5 | 232 | 5 | Incomplete; 602 |
| 233 | 16 | 233 | 21 | 602; Foundation |
| 234 | 4 | 234 | 18 | 602; Foundation |
| 243 | 17 | 243 | 25 | 602; Foundation |
|  |  |  |  |  |

Respectfully submitted,

/s/ Justin A. Nelson
Max L. Tribble, Jr., State Bar No. 20213950
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
mtribble@susmangodfrey.com

Lead Attorney for Jerry Moscovitch and
MASS Engineered Design, Inc.

OF COUNSEL:

Justin A. Nelson, State Bar No. 24034766
SUSMAN GODFREY L.L.P.
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883
jnselson@susmangodfrey.com

Stephen F. Schlather, State Bar No. 24007993
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
sschlather@susmangodfrey.com

Otis W. Carroll
State Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
P. O. Box 7879
Tyler, Texas 75711
Telephone:  (903) 561-1600

Facsimile:  (903) 561-1071
nancy@icklaw.com

Franklin Jones, Jr., State Bar No. 00000055
**JONES & JONES, INC., P.C.**
201 West Houston Street
P. O. Drawer 1249
Marshall, Texas 75671-1249
Telephone:  (903) 938-4395
Facsimile:  (903) 938-3360
maizieh@millerfirm.com

Gregory L. Maag, State Bar No. 12748500
Jonathan M. Harris, State Bar No. 00796713
**CONLEY ROSE, P.C.**
600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone:  (713) 238-8000
Facsimile:  (713) 238-8088
gmaag@conleyrose.com
jharris@conleyrose.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Robert M. Parker, State Bar No. 15498000
Christopher Bunt, State Bar No. 00787165
Charles Ainsworth, State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone:  (903) 531-3535
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com

Attorneys for Jerry Moscovitch and
MASS Engineered Design, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 7th day of October, 2008 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).


/s/ Justin A. Nelson
Justin A. Nelson