IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. and JERRY MOSCOVITCH<br><br>　　Plaintiffs<br><br>vs.<br><br>ERGOTRON, INC., DELL INC., CDW CORPORATION, and TECH DATA CORPORATION<br><br>　　Defendants | § § § § § § § § § § § § § | CASE NO. 206 CV 272<br>PATENT CASE |

ORDER

Having reviewed the parties' time estimates, the Court **ORDERS** that *each side* shall have 45 minutes for voir dire, 60 minutes for opening statements, 15 hours for direct and cross examinations, and 60 minutes for closing arguments. This case will proceed to jury selection on November 4, 2008 and trial on November 10, 2008. As stated at the pretrial hearing, the Court

**ORDERS** that the parties file their agreed jury questionnaire by October 30, 2008 and submit a version to the Court in WordPerfect format;

**DENIES** Dell's motion to strike portions of the Bratic report (Docket No. 389) but Dell and Ergotron can file an amended report by October 30, 2008, as described at the hearing;

**DENIES** without prejudice Mass's motion for summary judgment that no Bloomberg employee coinvented the '978 patent (Docket No. 400);

**DENIES** Dell's motion to strike (Docket No. 521);

**DENIES** Ergotron, CSAV, CDW, and Tech Data's motion for summary judgment of non-

infringement (Docket No. 406);

**DENIES** CSAV's motion for non-infringement (Docket No. 408);

**DENIES** Dell's motion to reconsider Dell's motion for summary judgment of indefiniteness (Docket No. 415);

**DENIES** Ergotron's motion for summary judgment of invalidity and inequitable conduct (Docket No. 418);

**DENIES** CDW's motion for summary judgment for lack of standing (Docket No. 425);

**DENIES** Defendants' collective motion to exclude Bratic (Docket No. 445);

**DENIES** Dell's motion to exclude Akin (Docket No. 410);

**DENIES** Dell's motion for summary judgment on infringement (Docket No. 422);

**DENIES** Dell's motion to strike Mass's summary judgment evidence (Docket No. 484);

**DENIES** Mass's motion for summary judgment on implied license (Docket No. 416) and this issue will be tried to the jury;

**GRANTS** in part and **DENIES** in part the parties' motions in limine as stated at the hearing (Docket Nos. 573, 575, 580, and 582);

**GRANTS** as unopposed Mass's motion for summary judgment regarding Dell's damages (Docket No. 403); and

**DENIES** as moot Docket Nos. 402, 404, 405, 411, 413, 423, 447, 484, and 572.

**So ORDERED and SIGNED this 24th day of October, 2008.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**