IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.<br>And JERRY MOSCOVITCH<br><br>　　　　　　Plaintiffs,<br>　　　　　　Counter-defendants,<br>　　　　　　Cross-claimants<br><br>vs.<br><br>ERGOTRON, INC., DELL INC., DELL MARKETING L.P., and TECH DATA CORPORATION<br><br>　　　　　　Defendants,<br>　　　　　　Counterclaimants,<br><br>and<br><br>CDW CORPORATION,<br><br>　　　　　　Counterclaimant and<br>　　　　　　Third-Party Plaintiff<br><br>and<br><br>A.B. DISTRIBUTING, INC., D&H DISTRIBUTING COMPANY, EIZO NANO TECHNOLOGIES INC., INGRAM MICRO INC., INTERNATIONAL AUDIO VISUAL INC., SYNNEX CORPORATION, TECH DATA CORPORATION, CSAV, INC., GLOBAL MARKETING PARTNERS, INC., SEA LAND, INC., PEERLESS INDUSTRIES, INC., DOUBLESIGHT DISPLAYS, LLC, AND BRETFORD MANUFACTURING, INC.<br><br>　　　　　　Third-Party Defendants, | JUDGE:  LED<br><br>Civil Action No. 02-06CV-272<br><br>JURY TRIAL DEMANDED |

## SATISFACTION OF JUDGMENT

The parties certify that, except for the injunction which remains in full force and effect, the

judgment entered and docketed in the above-named court in the above-named action on or about May

7, 2009, in favor of Plaintiffs against Defendants Ergotron, Inc., Dell Marketing L.P., Dell Inc., CDW Corporation and Tech Data Corporation has been satisfied.

Respectfully submitted,

/s/ Justin A. Nelson
Max L. Tribble, Jr., State Bar No. 20213950
Stephen F. Schlather, State Bar No. 24007993
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
sschlather@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
**SUSMAN GODFREY L.L.P.**
1201Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnselson@susmangodfrey.com

Otis W. Carroll
State Bar No. 03895700
**IRELAND, CARROLL & KELLEY, P.C.**
6101 S. Broadway, Suite 500
P. O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 561-1071
nancy@icklaw.com

/s/ Kurt J. Niederluecke
Kurt J. Niederluecke (MN #0271597)
(admitted pro hac vice)
**Fredrikson & Byron, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

**Attorney for Defendants Ergotron, Inc., CDW Corporation, and Tech Data Corporation**

Franklin Jones, Jr., State Bar No. 00000055
**JONES & JONES, INC., P.C.**
201 West Houston Street
P. O. Drawer 1249
Marshall, Texas 75671-1249
Telephone:  (903) 938-4395
Facsimile:  (903) 938-3360
maizieh@millerfirm.com

Gregory L. Maag, State Bar No. 12748500
Jonathan M. Harris, State Bar No. 00796713
**CONLEY ROSE, P.C.**
600 Travis Street, Suite 7100
Houston, Texas 77002
Telephone:  (713) 238-8000
Facsimile:  (713) 238-8088
gmaag@conleyrose.com
jharris@conleyrose.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
1127 Judson Road, Suite 220
P. O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Robert M. Parker, State Bar No. 15498000
Christopher Bunt, State Bar No. 00787165
Charles Ainsworth, State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone:  (903) 531-3535
rmparker@pbatyler.com
rcbunt@pbatyler.com
charley@pbatyler.com

**Attorneys for Jerry Moscovitch and
MASS Engineered Design, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 22nd day of June, 2008 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

                                          /s/ Justin A. Nelson
                                          Justin A. Nelson